**SCURA, WIGFIELD HEYER,
STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David L. Stevens, Esq.
E-mail: dstevens@scura.com
*Counsel for Debtor*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| *In re:* | Case No. 23-21502-SLM |
|---|---|
| Anthony Vincent Wolke, | Chapter 11 |
| Debtor. | Hon. Judge Stacey L. Meisel |

### NOTICE OF TELEPHONIC MEETING OF CREDITORS

**TO: All Parties-in-Interest**

**PLEASE TAKE NOTICE** that the Meeting of Creditors for the captioned debtor, Anthony Vincent Wolke, has been scheduled for Wednesday, January 24, 2024 at 1:00 PM.

All parties who wish to participate can join telephonically.

    Call in Number: +1 929-229-5442

    Meeting ID: 302 105 540#

YOUR PARTICIPATION IS WELCOMED, BUT NOT REQUIRED.

                                                                 SCURA, WIGFIELD, HEYER,
                                                                  STEVENS & CAMMAROTA, LLP
                                                                  Attorneys for Debtor

Dated: January 4, 2024                                          */s/ David L. Stevens*
                                                                           David L. Stevens, Esq.