**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1: | Anthony Vincent Wolke<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–1122<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: 11   12/12/23 |
| Case number: | 23–21502–SLM | |

Official Form 309E1 (For Individuals or Joint Debtors)

# Notice of Chapter 11 Bankruptcy Case    12/22

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Anthony Vincent Wolke | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 73 Hubbardton Road<br>Wayne, NJ 07470 | |
| 4. | **Debtor's attorney**<br>Name and address | David L. Stevens<br>Scura, Wigfield, Heyer & Stevens<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470 | Contact phone 973–696–8391<br><br>Email: dstevens@scura.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | MLK Jr Federal Building<br>50 Walnut Street<br>Newark, NJ 07102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 973–645–4764<br><br>Date: 1/4/24 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Meeting of creditors** **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.** **Creditors may attend, but are not required to do so.** All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **January 24, 2024 at 01:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| **7.** | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint objecting to discharge or to challenge whether certain debts are dischargeable (see line 10 for more information):** <br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3), the deadline is the first date set for hearing on confirmation of the plan. The court or its designee will send you notice of that date later. <br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6),  **the deadline is: .** | |
| | | **Deadline for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim. Your claim will be allowed in the amount scheduled unless: <br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br>• you file a proof of claim in a different amount; or <br>• you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | **2/20/24**  For a governmental unit: **6/10/24** |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **8.** | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **9.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| **10.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |

| | | |
|---|---|---|
| | | **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** |
| **11.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. |

Official Form 309E1 (For Individuals or Joint Debtors)  **Notice of Chapter 11 Bankruptcy Case**  page 2

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony Vincent Wolke  
    Debtor

Case No. 23-21502-SLM  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3  
Date Rcvd: Jan 04, 2024     Form ID: 309E1     Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Vincent Wolke, 73 Hubbardton Road, Wayne, NJ 07470-8203 |
| 520108946 | + | Chilton Medical Center, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 520108952 | ++ | LAKELAND BANK, 250 OAK RIDGE ROAD, OAK RIDGE NJ 07438-8998 address filed with court:, Lakeland Bank, 250 Oak Ridge Road, West Milford, NJ 07438 |
| 520108953 | | Mercedes-Benz Financial Services, Pob 3415, Portland, OR 97208 |
| 520108955 | + | North Jersey Podiatry, Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4673 |
| 520108956 | | Selportsvc, 3815 South West Temple St, Salt Lake City, UT 84115 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dstevens@scura.com | Jan 04 2024 20:46:00 | David L. Stevens, Scura, Wigfield, Heyer & Stevens, 1599 Hamburg Turnpike, Wayne, NJ 07470 |
| smg | | EDI: IRS.COM | Jan 05 2024 01:24:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 04 2024 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 04 2024 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520108936 | + | EDI: GMACFS.COM | Jan 05 2024 01:24:00 | Ally, P O Box 380901, Bloomington, MN 55438-0901 |
| 520108937 | + | EDI: GMACFS.COM | Jan 05 2024 01:24:00 | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 520108938 | + | Email/PDF: bncnotices@becket-lee.com | Jan 04 2024 21:04:54 | American Express National Bank, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 520108940 | | Email/Text: EBN@brockandscott.com | Jan 04 2024 20:47:00 | Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston Salem, NC 27103 |
| 520108939 | + | EDI: BANKAMER | Jan 05 2024 01:24:00 | Bank of America, 450 American St, Simi Valley, CA 93065-6285 |
| 520108942 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 04 2024 20:47:00 | Carrington Mortgage Se, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806 |
| 520108941 | + | EDI: CAPITALONE.COM | Jan 05 2024 01:24:00 | Capital One, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 520108943 | + | EDI: PHINGENESIS | Jan 05 2024 01:31:00 | Cb Indigo/Cci, Po Box 4499, Beaverton, OR 97076-4499 |
| 520108944 | + | EDI: WFNNB.COM | Jan 05 2024 01:24:00 | Cb/Ptrybrn, Po Box 182789, Columbus, OH |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 04, 2024 | Form ID: 309E1 | Total Noticed: 31 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 43218-2789 |
| 520108947 | | EDI: DISCOVER | Jan 05 2024 01:24:00 | Discover Bank, Pob 15316, Wilmington, DE 19850 |
| 520108945 | | EDI: JPMORGANCHASE | Jan 05 2024 01:24:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 520108949 | | EDI: JPMORGANCHASE | Jan 05 2024 01:24:00 | JPMorgan Chase Bank, 800 Brooksedge Blvd, Westerville, OH 43081 |
| 520108950 | | EDI: JPMORGANCHASE | Jan 05 2024 01:24:00 | JPMorgan Chase Bank, 9451 Corbin Avenue, Northridge, CA 91328 |
| 520108951 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 04 2024 20:47:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520110688 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 04 2024 20:52:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520108954 | + | EDI: NAVIENTFKASMSERV.COM | Jan 05 2024 01:24:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520108957 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 04 2024 20:47:00 | Shellpoint Mortgage Servicing, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 520126569 | + | Email/Text: ecfbnc@aldridgepite.com | Jan 04 2024 20:48:00 | Shellpoint Mortgage Servicing, Aldridge Pite, LLP, Att: Todd S. Garan, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 520108958 | + | EDI: SYNC | Jan 05 2024 01:24:00 | Synchrony Bank/Pcri, Po Box 276 Mail Code Oh 3 4258, Dayton, OH 45401-0276 |
| 520108959 | + | EDI: WFFC | Jan 05 2024 01:24:00 | Wfhm, 4680 Hallmark Parkway, San Bernardino, CA 92407-1816 |
| 520108960 | + | Email/Text: bkfilings@zwickerpc.com | Jan 04 2024 20:49:00 | ZWICKER & ASSOCIATES PC, 1105 Laurel Oak Road, Suite 136, Voorhees, NJ 08043-4312 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520108975 | *+ | Ally, P O Box 380901, Bloomington, MN 55438-0901 |
| 520108976 | *+ | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 520108977 | *+ | American Express National Bank, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 520108979 | *P++ | BROCK & SCOTT PLLC, 6701 CARMEL ROAD SUITE 315, CHARLOTTE NC 28226-4035, address filed with court:, Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston Salem, NC 27103 |
| 520108978 | *+ | Bank of America, 450 American St, Simi Valley, CA 93065-6285 |
| 520108981 | *P++ | CARRINGTON MORTGAGE SERVICE LLC, 1600 S DOUGLAS RD SUITE 110, ANAHEIM CA 92806-5951, address filed with court:, Carrington Mortgage Se, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806 |
| 520108980 | *+ | Capital One, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 520108982 | *+ | Cb Indigo/Cci, Po Box 4499, Beaverton, OR 97076-4499 |
| 520108983 | *+ | Cb/Ptrybrn, Po Box 182789, Columbus, OH 43218-2789 |
| 520108985 | *+ | Chilton Medical Center, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 520108986 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, Pob 15316, Wilmington, DE 19850 |
| 520108948 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520108987 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520108984 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 520108988 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMorgan Chase Bank, 800 Brooksedge Blvd, Westerville, OH 43081 |
| 520108989 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMorgan Chase Bank, 9451 Corbin Avenue, Northridge, CA 91328 |
| 520108990 | *+ | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520108991 | *P++ | LAKELAND BANK, 250 OAK RIDGE ROAD, OAK RIDGE NJ 07438-8998, address filed with court:, Lakeland Bank, 250 Oak Ridge Road, West Milford, NJ 07438 |

| | | |
|---|---|---|
| 520108992 | * | Mercedes-Benz Financial Services, Pob 3415, Portland, OR 97208 |
| 520108993 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520108994 | *+ | North Jersey Podiatry, Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4673 |
| 520108995 | * | Selportsvc, 3815 South West Temple St, Salt Lake City, UT 84115 |
| 520108996 | *+ | Shellpoint Mortgage Servicing, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 520108997 | *+ | Synchrony Bank/Pcri, Po Box 276 Mail Code Oh 3 4258, Dayton, OH 45401-0276 |
| 520108998 | *+ | Wfhm, 4680 Hallmark Parkway, San Bernardino, CA 92407-1816 |
| 520108999 | *+ | ZWICKER & ASSOCIATES PC, 1105 Laurel Oak Road, Suite 136, Voorhees, NJ 08043-4312 |

TOTAL: 0 Undeliverable, 26 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2024 at the address(es) listed below:**

**Name** | **Email Address**

David L. Stevens
on behalf of Debtor Anthony Vincent Wolke dstevens@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura

Denise E. Carlon
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-IM1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Laura M. Egerman
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-IM1 laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Matthew K. Fissel
on behalf of Creditor Wilmington Savings Fund Society  Fsb, As Trustee Ofwilmington Savings Fund Society, Fsb, As Trustee wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Michael A. Artis
on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6