SCURA, WIGFIELD, HEYER
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David L. Stevens, Esq.
*Proposed Counsel to Debtor*

**Order Filed on January 9, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re:*<br><br>ANTHONY VINCENT WOLKE,<br><br><br>Debtors. | Case No. 23-21502<br><br>Chapter 11<br><br>Hon. Stacey L. Meisel<br><br>Hearing Date: January 9, 2024 |

## ORDER EXTENDING THE AUTOMATIC STAY AS TO ALL CREDITORS PURSUANT TO 11 U.S.C. § 362(c)(3)(B)

The relief set forth on the following page, numbered two (2), is hereby

**ORDERED**.

**DATED: January 9, 2024**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Debtor**: Anthony Vincent Wolke
**Case No.:** 23-21502
Page 2 of 2

THIS MATTER having been presented to the Court by the Debtor, Anthony Vincent Wolke, by and through his counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, seeking an Order Extending the Automatic Stay as to all creditors pursuant to 11 U.S.C. § 362(c)(3)(B) (the "Motion"), and the Court having considered the motion and any opposition filed, and for good cause shown it is

**ORDERED** that:

The Automatic Stay is hereby extended as to all creditors served with notice of the Motion with the exception of NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for the Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificate holders of the CWABS, INC., Asset-Backed Certificates, Series 2005-IM1 until further order of this Court.

**IT IS FURTHER ORDERED** that this Order fully incorporates the *Order Providing In Rem Relief from the Automatic Stay*, filed at ECF No. 28 dated September 27, 2023 in Case No. 23-15286-SLM, granting in rem relief to NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, INC., Asset-Backed Certificates, Series 2005-IM1, its successors or assigns, with respect to the real property known as 128 Lawrence Drive, Twp of Stafford a/k/a Manahawkin, New Jersey 08050, for a period of two (2) years.

**IT IS FURTHER ORDERED** that within 3 days of the date of this Order, the Debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.