SCURA, WIGFIELD, HEYER
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David L. Stevens, Esq.
*Proposed Counsel to Debtor*

**Order Filed on January 9, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re:*<br><br>ANTHONY VINCENT WOLKE,<br><br><br>Debtors. | Case No. 23-21502<br><br>Chapter 11<br><br>Hon. Stacey L. Meisel<br><br>Hearing Date: January 9, 2024 |

**ORDER EXTENDING THE AUTOMATIC STAY AS TO
ALL CREDITORS PURSUANT TO 11 U.S.C. § 362(c)(3)(B)**

The relief set forth on the following page, numbered two (2), is hereby

**ORDERED**.

**DATED: January 9, 2024**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Debtor**: Anthony Vincent Wolke
**Case No.:** 23-21502
Page 2 of 2

THIS MATTER having been presented to the Court by the Debtor, Anthony Vincent Wolke, by and through his counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, seeking an Order Extending the Automatic Stay as to all creditors pursuant to 11 U.S.C. § 362(c)(3)(B) (the "Motion"), and the Court having considered the motion and any opposition filed, and for good cause shown it is

**ORDERED** that:

The Automatic Stay is hereby extended as to all creditors served with notice of the Motion with the exception of NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for the Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificate holders of the CWABS, INC., Asset-Backed Certificates, Series 2005-IM1 until further order of this Court.

**IT IS FURTHER ORDERED** that this Order fully incorporates the *Order Providing In Rem Relief from the Automatic Stay*, filed at ECF No. 28 dated September 27, 2023 in Case No. 23-15286-SLM, granting in rem relief to NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, INC., Asset-Backed Certificates, Series 2005-IM1, its successors or assigns, with respect to the real property known as 128 Lawrence Drive, Twp of Stafford a/k/a Manahawkin, New Jersey 08050, for a period of two (2) years.

**IT IS FURTHER ORDERED** that within 3 days of the date of this Order, the Debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-21502-SLM
Anthony Vincent Wolke  Chapter 11
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2
Date Rcvd: Jan 09, 2024    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Vincent Wolke, 73 Hubbardton Road, Wayne, NJ 07470-8203 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2024 at the address(es) listed below:

**Name**    **Email Address**

David L. Stevens
   on behalf of Debtor Anthony Vincent Wolke dstevens@scura.com
   dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura

Denise E. Carlon
   on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-IM1
   dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Laura M. Egerman
   on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-IM1
   laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Matthew K. Fissel
   on behalf of Creditor Wilmington Savings Fund Society  Fsb, As Trustee Ofwilmington Savings Fund Society, Fsb, As Trustee

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 09, 2024 | Form ID: pdf903 | Total Noticed: 1 |

                    wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Michael A. Artis

                    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

U.S. Trustee

                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6