Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−21502−SLM
Chapter:  11
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Anthony Vincent Wolke
    73 Hubbardton Road
    Wayne, NJ 07470

Social Security No.:
    xxx−xx−1122

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 2/6/24 at 11:00 AM

to consider and act upon the following:

*1* − Chapter 11 Voluntary Petition filed by David L. Stevens of Scura, Wigfield, Heyer & Stevens on behalf of Anthony Vincent Wolke. Chapter 11 Debtors Exclusive Right to File a Plan Expires on 03/11/2024. (Stevens, David) Modified to Correct Deadline on 12/12/2023 (Heim, Robert).

Dated: 1/19/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court