UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, New Jersey 07470
973-696-8391
David L. Stevens, Esq.
dstevens@scura.com
Proposed Counsel for Debtor

Order Filed on January 26, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Anthony Vincent Wolke,
                Debtor.

Case No.: 23-21502

Chapter: 11

Judge: SLM

## ORDER AUTHORIZING RETENTION OF

Scura, Wigfield, Heyer, Stevens & Cammarota, LLP

The relief set forth on the following page is **ORDERED**.

**DATED: January 26, 2024**

*Stacey L. Meisel* (signature)
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____SWHS&C, LLP._____

as _____Counsel for Debtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: SWHS&C, LLP.
   1599 Hamburg Turnpike
   Wayne, New Jersey 07470

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the petition date.

*rev.8/1/15*