| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>20-10212 BKMFR01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF I | Order Filed on March 8, 2024<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ANTHONY VINCENT WOLKE | Case No: 23-21502-SLM<br><br>Hearing Date: February 21, 2024<br><br>Judge: STACEY L. MEISEL<br><br>Chapter: 11 |

## AGREED ORDER RESOLVING IN REM MOTION FOR RELIEF FROM STAY

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED:** March 8, 2024

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

20-10212 BKMFR01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for WILMINGTON SAVINGS FUND
SOCIETY, FSB, AS TRUSTEE OF WILMINGTON
SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF
I

In Re:

ANTHONY VINCENT WOLKE

Case No: 23-21502-SLM

Hearing Date: February 21, 2024

Judge: STACEY L. MEISEL

Chapter: 11

## ORDER MODIFYING §362 AUTOMATIC STAY OR IN THE ALTERNATIVE GRANTING ADEQUATE PROTECTION

The Consent Order pertains to the property located at 73 Hubbardton Road, Wayne, NJ 07470, mortgage account ending with "7952";

This Matter having been brought before the Court by, David L Stevens, Esquire, attorney for Debtor, Anthony Vincent Wolke (hereinafter the "Debtor"), upon the filing of a Chapter 11 Plan, Wilmington Savings Fund Society, Fsb, As Trustee of Wilmington Savings Fund Society, Fsb, As Trustee Of Stanwich Mortgage Loan Trust I (hereinafter the "Creditor") by and through its attorneys, Brock and Scott, PPLC, having filed an Objection to the Confirmation of said Chapter 11 Plan and the Parties having subsequently resolved their differences; and the Court noting the consent of the parties of the form, substance and entry of the within Order, and for other and good cause shown:

1. The Parties agree that the Debtor shall immediately begin tendering Adequate Protection Payments of $7,203.42 within 10 days of the entry of this Order and shall continue to tender the payments on the 1st of each month until Confirmation of the Chapter 11 Plan occurs and then the Chapter 11 Plan Terms will apply thereafter; and it is further

2. The Parties agree that if the Debtor fails to tender the required Adequate Protection payments (pre-confirmation) or any post-confirmation payments in the time frame as set forth with the mortgage and note contracts then Creditor may issue a Notice of Default to Debtor's Counsel

and the Debtor shall have 10 days to cure, if the delinquency is not cured within 10 days then Creditor may file a Certification of Default with the Court and the Court shall enter an order granting Creditor In Rem Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C §362(d)(4) with regard to the property known as **73 Hubbardton Road, Wayne, NJ 07470** (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its State Court rights as allowed under the terms of the Mortgage and Note contracts.

3. The Parties agree that the terms of this agreement shall be made part of any proposed Chapter 11 Plan filed with regard to Creditor.

4. Rule 4001(a)(3) is not applicable and may immediately enforce and implement this Order Granting In Rem Relief from the Automatic Stay and Co-Debtor Stay.

The undersigned hereby consent to the form,
Content and entry of the within Order:

BROCK AND SCOTT, PLLC
WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OFWILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF I
By Its Attorney,

/s/ Andrew L. Spivack
Andrew L. Spivack, Esquire
(Bar No. 018141999)
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103
Telephone: 844-856-6646
Facsimile: 704-369-0760
E-Mail: NJBKR@brockandscott.com

Dated: March 7, 2024

DEBTOR
By Their Attorney,

/s/ David L Stevens
David L Stevens, Scura, Wigfield, Heyer & Stevens, Esquire
Attorney for Debtor
1599 Hamburg Turnpike,
Wayne, NJ 07470
Phone Number: 973-696-8391
Email: dstevens@scura.com

Dated: 1 Mar 2024

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-21502-SLM |
| Anthony Vincent Wolke | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 08, 2024 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Vincent Wolke, 73 Hubbardton Road, Wayne, NJ 07470-8203 |
| aty | + | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP., 1599 Hamburg Turnpike, Wayne, NJ 07470-4093 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2024 at the address(es) listed below:**

**Name**      **Email Address**

David L. Stevens
     on behalf of Debtor Anthony Vincent Wolke dstevens@scura.com
     dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura

Denise E. Carlon
     on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-IM1
     dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Laura M. Egerman
     on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-IM1
     laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Matthew K. Fissel

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 08, 2024 | Form ID: pdf903 | Total Noticed: 2

on behalf of Creditor Wilmington Savings Fund Society  Fsb, As Trustee Ofwilmington Savings Fund Society, Fsb, As Trustee wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Michael A. Artis

on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6