Order Filed on March 25, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| In Re:<br><br>  Anthony Vincent Wolke,<br><br>                    Debtor. | Case No.:        23-21502<br><br>Chapter:          11<br><br>Hearing Date:  N/A<br><br>Judge:             Stacey L. Meisel |

## ORDER DENYING APPLICATION FOR RETENTION OF PROFESSIONAL

The relief set forth on the following pages, numbered two (2) through ____2____ is **ORDERED**.

**DATED: March 25, 2024**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Anthony Vincent Wolke |
| Case No.: | 23-21502 |
| Caption of Order: | Order Denying Application for Retention of Professional |
| Page: | 2 of 2 |

      **THIS MATTER** having been brought before the Court on a (" **Application for Retention of Professional**") by Anthony Vincent Wolke; this Court finds:

      **WHEREAS** the Application for Retention of Professional is deficient for the following reason(s):

☐ **Failure to use required Local Forms.** *See* D.N.J. LBR 9009-1.

☐ **Failure to follow the requirements of Local Rule 9013-1, specifically:**

    ☐ **Failure to submit a notice of motion stating the date, time, and place of the hearing.** *See* D.N.J. LBR 9013-1(a)(1).

    ☐ **Failure to submit a certification containing the facts supporting the relief requested in compliance with D.N.J. LBR 7007-1.** *See* D.N.J. LBR 9013-1(a)(2).

    ☐ **Failure to submit a memorandum of law stating the legal basis for the relief requested, or a statement why a memorandum of law is unnecessary.** *See* D.N.J. LBR 9013-1(a)(3).

    ☐ **Failure to submit a proposed form of order.** *See* D.N.J. LBR 9013-4.

    ☐ **Failure to file a certification of service.** *See* D.N.J. LBR 9013-1(a)(5) and Local Form.

☐ **Failure to effectuate proper service.** *See* D.N.J. LBR 5005-1, Fed. R. Bankr. P. 2002, 9014, Fed. R. Bankr. P. 7004, and Fed. R. Bankr. P. 9010 as well as the Register of Governmental Units available on the Court's website.

☒ **Other:** Applicant improperly checked the box for 11 U.S.C. § 327(e) retention on the *Application for Retention of Professional* (the "Application"). Section 327(e) only applies for the retention of special counsel. The proposed retention is for an accountant. Counsel failed to correct the Application despite the Clerk's Office providing a courtesy call regarding the issue.

It is hereby

| | |
|---|---|
| Debtor: | Anthony Vincent Wolke |
| Case No.: | 23-21502 |
| Caption of Order: | Order Denying Application for Retention of Professional |
| Page: | 3 of 2 |

**ORDERED** that the Application for Retention of Professional is denied, without prejudice.