UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, New Jersey 07470
973-696-8391
David L. Stevens, Esq.
dstevens@scura.com
Proposed Counsel for Debtor

**Order Filed on April 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Anthony Vincent Wolke,
                Debtor.

Case No.:   23-21502

Chapter:   11

Judge:   SLM

## ORDER AUTHORIZING RETENTION OF

Nicholas Lucarella

The relief set forth on the following page is **ORDERED**.

**DATED: April 12, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain ___Nicholas Lucarella___ as ___accountant for Debtor___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  N.A. Lucarella Inc
   195 US Highway 46 West, Suite 11
   Totowa, NJ 07512

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the petition date.

*rev.8/1/15*