UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, New Jersey 07470
973-696-8391
David L. Stevens, Esq.
dstevens@scura.com
Proposed Counsel for Debtor

Order Filed on April 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Anthony Vincent Wolke,
                    Debtor.

Case No.:    23-21502

Chapter:    11

Judge:    SLM

### ORDER AUTHORIZING RETENTION OF

_____Nicholas Lucarella_____

The relief set forth on the following page is **ORDERED**.

**DATED: April 12, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Nicholas Lucarella_____
as _____accountant for Debtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:  N.A. Lucarella Inc
   195 US Highway 46 West, Suite 11
   Totowa, NJ 07512

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the petition date.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                        Case No. 23-21502-SLM
Anthony Vincent Wolke                                                                   Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2　　　　　　　　　　　User: admin　　　　　　　　　　　Page 1 of 2
Date Rcvd: Apr 12, 2024　　　　　　　　Form ID: pdf903　　　　　　　　　Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol　　Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Vincent Wolke, 73 Hubbardton Road, Wayne, NJ 07470-8203 |
| aty | + | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP., 1599 Hamburg Turnpike, Wayne, NJ 07470-4093 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2024　　　　　　　　　Signature:　　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2024 at the address(es) listed below:**

**Name　　　　　　　　　　　　Email Address**

David L. Stevens
    on behalf of Debtor Anthony Vincent Wolke dstevens@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura

Denise E. Carlon
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-IM1
    dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Laura M. Egerman
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-IM1
    laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Matthew K. Fissel
    on behalf of Creditor Wilmington Savings Fund Society  Fsb, As Trustee Ofwilmington Savings Fund Society, Fsb, As Trustee

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 12, 2024 | Form ID: pdf903 | Total Noticed: 2 |

wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Michael A. Artis

on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6