# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  New Jersey

In Re. Anthony Vincent Wolke § Case No.  23-21502
§
§
§
Debtor(s) §

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 04/30/2024      Petition Date: 12/12/2023

Months Pending: 5      Industry Classification: | 0 | 0 | 0 | 0 |

Reporting Method:      Accrual Basis ○      Cash Basis ◉

Debtor's Full-Time Employees (current):      0

Debtor's Full-Time Employees (as of date of order for relief):      0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Nicholas A. Lucarella
Signature of Responsible Party

04/29/2024
Date

Nicholas A Lucarella
Printed Name of Responsible Party

195 U.S. Highway 46 West, Suite 11, Totowa, NJ
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Anthony Vincent Wolke                                    Case No.  23-21502

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $8,778 | |
| b. Total receipts (net of transfers between accounts) | $17,000 | $338,104 |
| c. Total disbursements (net of transfers between accounts) | $18,996 | $355,007 |
| d. Cash balance end of month (a+b-c) | $6,782 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $18,996 | $355,007 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $130,107 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $128,172 |
| c. Inventory     (Book ◯   Market ◯   Other ◉   (attach explanation)) | $0 |
| d. Total current assets | $1,300,722 |
| e. Total assets | $1,300,722 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $1,652,869 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $343,642 |
| n. Total liabilities (debt) (j+k+l+m) | $1,996,511 |
| o. Ending equity/net worth (e-n) | $-695,789 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

Debtor's Name  Anthony Vincent Wolke                                     Case No.  23-21502

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | Other | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name Anthony Vincent Wolke                                    Case No. 23-21502

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  Anthony Vincent Wolke                                          Case No.  23-21502

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| b. | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | $0 | $0 | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | Other | $0 | $0 | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  Anthony Vincent Wolke                                      Case No.  23-21502

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name Anthony Vincent Wolke                                    Case No.  23-21502

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  Anthony Vincent Wolke                                             Case No.  23-21502

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $15,436 | $56,515 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ⦿ | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ⦿ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ⦿ | |
| d. | Are you current on postpetition tax return filings? | Yes ⦿  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ○  No ⦿ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ⦿ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ⦿ | |
| i. | Do you have:  Worker's compensation insurance? | Yes ○  No ⦿ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ⦿ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ⦿  No ○ | |
| | If yes, are your premiums current? | Yes ⦿  No ○  N/A ○ | (if no, see Instructions) |
| | General liability insurance? | Yes ⦿  No ○ | |
| | If yes, are your premiums current? | Yes ⦿  No ○  N/A ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ⦿ | |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ⦿ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿  No ○ | |

Debtor's Name  Anthony Vincent Wolke                                                    Case No.  23-21502

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $17,000 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $17,000 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $18,996 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $18,996 |
| j. | Difference between total income and total expenses (d-i) | $-1,996 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ◉  N/A ○ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/ Nicholas A. Lucarella                                          Nicholas Lucarella
_____                          _____
Signature of Responsible Party                              Printed Name of Responsible Party

CrFA                                                                      04/29/2024
_____                          _____
Title                                                                       Date

Debtor's Name  Anthony Vincent Wolke                                    Case No.  23-21502



Debtor's Name  Anthony Vincent Wolke                                                            Case No.  23-21502



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Anthony Vincent Wolke                                    Case No.  23-21502



PageThree



PageFour

# M&T Bank

FOR INQUIRIES CALL:    (800) 724-2440

00   0 03339M NM  017

000000                                    N

**ANTHONY V WOLKE**
**DEBTOR IN POSSESSION COURT CASE # 23-215**
**73 HUBBARDTON RD**
**WAYNE NJ 07470**

| ACCOUNT TYPE | |
|---|---|
| EZCHOICE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 2075 | APR.13-MAY.14,2024 |

| | |
|---|---|
| BEGINNING BALANCE | $752.75 |
| DEPOSITS & CREDITS | 16,000.00 |
| LESS CHECKS & DEBITS | 16,731.22 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $21.53 |

INTEREST EARNED FOR STATEMENT PERIOD        $0.00                    BERDAN AVENUE

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $752.75 | 3 | $16,000.00 | 0 | $0.00 | 75 | $16,731.22 | $0.00 | $21.53 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 04/13/2024 | BEGINNING BALANCE | | | $752.75 |
| 04/15/2024 | NEW YORK BAGEL CAFE  HALEDON | | $11.44 | |
| 04/15/2024 | VALLEY PHYSICIAN SERVIPARAMUS | | 50.00 | |
| 04/15/2024 | HABIT FAIR LAWN #97  FAIR LAWN | | 41.34 | |
| 04/15/2024 | HABIT FAIR LAWN #97  FAIR LAWN | | 22.47 | |
| 04/15/2024 | Anthony Francos Pizza 973-6338800 | | 22.07 | |
| 04/15/2024 | PURCHASE ON 04/12 AUTOZONE  64471836 NJ 23 NORTH  WAYNE        NJ | | 291.05 | |
| 04/15/2024 | DD BR #337568        PEQUANNOCK | | 2.97 | |
| 04/15/2024 | PURCHASE ON 04/13 AG TRAVEL PLAZMILEPOST 92.9 NJ TWOODBRIDGE  NJ | | 18.08 | |
| 04/15/2024 | ADVENTURE SPORTS ENTERJACKSON | | 16.63 | |
| 04/15/2024 | ADVENTURE SPORTS ENTERJACKSON | | 23.75 | |
| 04/15/2024 | PEPSI VENDING - 0244 PISCATAWAY | | 4.00 | |
| 04/15/2024 | PURCHASE ON 04/13 7-ELEVEN     515 Monmouth Rd #1Jackson      NJ | | 32.79 | |
| 04/15/2024 | BON APPETITE BAGELS  PATERSON | | 49.42 | |
| 04/15/2024 | CORLEONE'S OLD FASHIONTRENTON | | 72.00 | |
| 04/15/2024 | PURCHASE ON 04/14 SUNOCO 0645583PO BOX # 1247  MP BLOOMFIELD  NJ | | 6.48 | 88.26 |
| 04/16/2024 | GENCARELLI'S BAKERY  WAYNE | | 30.80 | |
| 04/16/2024 | PIN WALGREENS STORE 32WAYNE | | 13.77 | |
| 04/16/2024 | PIN FRESH GROCER HIGH NORTH HALEDON | | 15.03 | |
| 04/16/2024 | PURCHASE ON 04/15 QUICK CHEK #14442 POMPTON ROAD  WAYNE       NJ | | 6.15 | 22.51 |
| 04/19/2024 | DEPOSIT | $1,500.00 | | |
| 04/19/2024 | PURCHASE ON 04/19 QUICK CHEK #14442 POMPTON ROAD  WAYNE       NJ | | 2.12 | |
| 04/19/2024 | PURCHASE ON 04/19 POS PAY          Dallas     TX | | 167.24 | 1,353.15 |

**PAGE 1 OF 4**

# M&T Bank

FOR INQUIRIES CALL:    (800) 724-2440

| ACCOUNT TYPE | |
|---|---|
| EZCHOICE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 2075 | APR.13-MAY.14,2024 |

**ANTHONY V WOLKE**
**DEBTOR IN POSSESSION COURT CASE # 23-215**

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 04/22/2024 | NORI SUSHI        WAYNE | | 60.00 | |
| 04/22/2024 | INTEGRATED WELLNESS MECLIFTON | | 931.50 | |
| 04/22/2024 | FRESCO BAGELS      PEQUANNOCK | | 4.94 | |
| 04/22/2024 | DICKS SPORTING GOODS#3WAYNE | | 170.24 | |
| 04/22/2024 | THE MARKET BASKET   FRANKLIN LAKE | | 46.27 | 140.20 |
| 04/23/2024 | NEW YORK BAGEL CAFE  HALEDON | | 10.40 | |
| 04/23/2024 | PIN FRESH GROCER HIGH NORTH HALEDON | | 57.89 | |
| 04/23/2024 | FRESH GROCER HIGH MTN NORTH HALEDON | | 4.27 | 67.64 |
| 04/24/2024 | NEW YORK BAGEL CAFE  HALEDON | | 24.96 | |
| 04/24/2024 | PIN FRESH GROCER HIGH NORTH HALEDON | | 13.64 | 29.04 |
| 04/26/2024 | DEPOSIT | 8,500.00 | | 8,529.04 |
| 04/29/2024 | POOL DEPOT        POMPTON PLAIN | | 7.45 | |
| 04/29/2024 | M&T ATM CASH WITHDRAWAL ON 04/27 BERDAN AVE WU, 217 BERDAN AVE, WAYNE,NJ | | 200.00 | |
| 04/29/2024 | Sky Zone Allendale   Allendale | | 5.32 | |
| 04/29/2024 | SUNSTAR VENDING INC. BROOKLYN | | 10.00 | |
| 04/29/2024 | DICK'S CLOTHING&SPORTIPARAMUS | | 34.63 | |
| 04/29/2024 | VICARIO S MARKET GOURMELMWOOD PARK | | 52.36 | |
| 04/29/2024 | PURCHASE ON 04/27 JACKS SUPER FO1466 RT 23 N    WAYNE       NJ | | 42.44 | |
| 04/29/2024 | KOI CHINESE FOOD & SUSWAYNE | | 45.46 | |
| 04/29/2024 | PIN SHOPRITE WYCKOFF SWYCKOFF | | 43.43 | 8,087.95 |
| 04/30/2024 | DEPOSIT | 6,000.00 | | |
| 04/30/2024 | STOP & SHOP 2815    POMPTON PLAIN | | 4.49 | |
| 04/30/2024 | PURCHASE ON 04/29 QUICK CHEK #14442 POMPTON ROAD WAYNE      NJ | | 11.77 | |
| 04/30/2024 | PURCHASE ON 04/30 AUTOZONE 64471836 NJ 23 NORTH WAYNE      NJ | | 82.08 | |
| 04/30/2024 | PURCHASE ON 04/30 QUICK CHEK #14442 POMPTON ROAD WAYNE      NJ | | 3.49 | |
| 04/30/2024 | CARRINGTON MORTGAGE | | 7,204.00 | 6,782.12 |
| 05/01/2024 | RENTALS UNLIMITED   POMPTON PLNS | | 84.77 | |
| 05/01/2024 | PIN SHOPRITE WAYNE S1 WAYNE | | 27.68 | |
| 05/01/2024 | COUNTER WITHDRAWAL | | 2,500.00 | 4,169.67 |
| 05/02/2024 | ZORBA        WAYNE | | 82.33 | |
| 05/02/2024 | H K STYLES LLC      PEQUANNOCK | | 70.00 | |
| 05/02/2024 | SUNCREST FUEL - SUNCRENORTH HALEDON | | 40.00 | |
| 05/02/2024 | PIN FRESH GROCER HIGH NORTH HALEDON | | 20.30 | |
| 05/02/2024 | COUNTER WITHDRAWAL | | 3,500.00 | 457.04 |
| 05/03/2024 | PIN FRESH GROCER HIGH NORTH HALEDON | | 29.40 | 427.64 |

# M&T Bank

FOR INQUIRIES CALL:   (800) 724-2440

| ACCOUNT TYPE | |
|---|---|
| EZCHOICE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 2075 | APR.13-MAY.14,2024 |

**ANTHONY V WOLKE**
**DEBTOR IN POSSESSION COURT CASE # 23-215**

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 05/06/2024 | FSP*KNOLL COUNTRY CLUBBOONTON | | 56.26 | |
| 05/06/2024 | POMPTON QUEEN DINER  POMPTON PLAIN | | 54.57 | |
| 05/06/2024 | FRESCO BAGELS      PEQUANNOCK | | 12.51 | |
| 05/06/2024 | SQ *PERFECT GAME INC  Staten Island | | 32.66 | |
| 05/06/2024 | FRESCO BAGELS      PEQUANNOCK | | 23.38 | |
| 05/06/2024 | STOP & SHOP 2815    POMPTON PLAIN | | 2.98 | 245.28 |
| 05/07/2024 | BOTTLE KING WAYNE    WAYNE | | 4.24 | |
| 05/07/2024 | NEW YORK BAGEL CAFE  HALEDON | | 12.48 | |
| 05/07/2024 | FRESH GROCER HIGH MTN NORTH HALEDON | | 9.76 | |
| 05/07/2024 | PURCHASE ON 05/07 QUICK CHEK FOO29 JACKSON AVE   POMPTON PLAINNJ | | 3.89 | 214.91 |
| 05/09/2024 | THE KNOLL COUNTRY CLUBBOONTON | | 88.00 | |
| 05/09/2024 | NEW YORK BAGEL CAFE  HALEDON | | 14.56 | |
| 05/09/2024 | PURCHASE ON 05/08 QUICK CHEK COR1364 ROUTE 23    WAYNE      NJ | | 11.06 | 101.29 |
| 05/10/2024 | SHOPRITE WAYNE S1   WAYNE | | 17.46 | |
| 05/10/2024 | FIVE BELOW 303      WAYNE | | 13.00 | |
| 05/10/2024 | THE MARKET BASKET    FRANKLIN LAKE | | 16.69 | 54.14 |
| 05/13/2024 | MCDONALD'S F10130   FAIRFIELD | | 9.80 | |
| 05/13/2024 | WAWA 8487          WAYNE | | 3.51 | |
| 05/13/2024 | DOLLARTREE         WAYNE | | 9.06 | 31.77 |
| 05/14/2024 | 7-ELEVEN 39202     WAYNE | | 2.44 | |
| 05/14/2024 | NEW YORK BAGEL CAFE  HALEDON | | 7.80 | 21.53 |
| | ENDING BALANCE | | | $21.53 |

STANDARD FEES TO USE NON-M&T ELECTRONIC FACILITIES INCLUDE: (1)$3 PER ATM WITHDRAWAL, CASH ADVANCE OR ELECTRONIC FUNDS TRANSFER (THE GREATER OF $5 OR 3% OF THE U.S. DOLLAR AMOUNT OF THE TRANSACTION IF MADE OUTSIDE THE 50 UNITED STATES & WASHINGTON DC) (2)$3 PER ATM BALANCE INQUIRY ($5 IF MADE OUTSIDE THE 50 UNITED STATES & WASHINGTON DC); AND (3)THE GREATER OF $0.50 OR 3% OF THE U.S. DOLLAR AMOUNT OF VISA NETWORK POINT OF SALE TRANSACTIONS MADE IN FOREIGN COUNTRIES. WITHDRAWALS WILL BE DEEMED MADE WHEN RECORDED ON M&T'S BOOKS, NOT NECESSARILY WHEN INITIATED, AND THERE IS NO LIMIT ON THE NUMBER OF WITHDRAWALS.

## How To Balance Your M&T Bank Deposit Account

**Follow these steps to bring your register balance into agreement with this statement.**

| STEP 1: | Beginning with the first item on this statement place a checkmark (✔) beside each item that has a corresponding entry in your register. (Place the checkmark next to each item in your register and on this statement.) |

**STEP 2:**   TO DETERMINE YOUR CURRENT BALANCE:

ADD   to the balance shown in your register by writing in the amount of:
- (a)  Any deposits and other additions shown on this statement which you have not already added; and
- (b)  Any interest this statement shows as credited to your account, if it is an interest earning account.

SUBTRACT   to the balance shown in your register by writing in the amount of:
- (a)  Any checks or other subtractions shown on this statement which you did not enter into your register; and
- (b)  Any automatic payments or other electronic transfers shown on this statement which you have not already subtracted; and
- (c)  Any service charges shown on this statement which you have not already subtracted.

**Complete STEPS 3 through 8 to determine the current balance in your account.**

| STEP 3: | List any outstanding checks (written but not yet paid by M&T Bank) and other subtractions not appearing on your statement in the spaces provided below. |

| CHECKS OUTSTANDING AND OTHER SUBTRACTIONS | |
|---|---|
| NUMBER | AMOUNT |
| | $ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL AMOUNT OF CHECKS OUTSTANDING AND OTHER SUBTRACTIONS** | $ |

| STEP 4: | Enter on this line the Ending Balance shown on the front of this statement. | $ |
|---|---|---|
| STEP 5: | Enter the total of any deposits or other additions shown in your register which are not shown on this statement. | $ |
| STEP 6: | Add the amounts in STEPS 4 and 5, enter the total here. | $ |
| STEP 7: | Enter the total of "Checks Outstanding and Other Subtractions" (from STEP 3) here. | $ |
| STEP 8: | Subtract total of STEP 7 from STEP 6 and enter the difference here. *This amount should be your current account balance.* | $ |

HAVE YOU MOVED? If so, please contact the M&T Telephone Banking Center at (800) 724-2440 or contact your local branch of M&T Bank or write to:

M&T BANK
ATTN: M&T TELEPHONE BANKING CENTER
P.O. BOX 767
BUFFALO, NY 14240-0767

CALL (800) 724-2440 TO DETERMINE IF ANY SCHEDULED DIRECT DEPOSIT OR PREAUTHORIZED TRANSFER TO YOUR ACCOUNT HAS OCCURRED.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at (800) 724-2440 or write to us at:

M&T BANK
ATTN: M&T TELEPHONE BANKING CENTER
P.O. BOX 767
BUFFALO, NY 14240-0767

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- (1)  Tell us your name and account number (if any).
- (2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- (3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

©2016 Manufacturers and Traders Trust Company

**M&T** Bank



Member FDIC   L006A (11/16)

# M&T Bank

FOR INQUIRIES CALL:   (800) 724-2440

| ACCOUNT TYPE | |
|---|---|
| EZCHOICE CHECKING | |

00   0 03339M NM  017

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 2075 | MAR.15-APR.12,2024 |

000000                                    N

**ANTHONY V WOLKE**
**DEBTOR IN POSSESSION COURT CASE # 23-215**
**73 HUBBARDTON RD**
**WAYNE NJ 07470**

| BEGINNING BALANCE | $1,204.79 |
|---|---|
| DEPOSITS & CREDITS | 10,400.00 |
| LESS CHECKS & DEBITS | 10,852.04 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $752.75 |

INTEREST EARNED FOR STATEMENT PERIOD        $0.00                    BERDAN AVENUE

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $1,204.79 | 5 | $10,400.00 | 0 | $0.00 | 54 | $10,852.04 | $0.00 | $752.75 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 03/15/2024 | BEGINNING BALANCE | | | $1,204.79 |
| 03/15/2024 | MCDONALD'S F11101    FREDERICKSBUR | | $10.22 | |
| 03/15/2024 | PURCHASE ON 03/14 | | 12.75 | |
| | SAVE-U-TIME  923 WEST ALTLANTICEMPORIA    VA | | | |
| 03/15/2024 | ONE9 058        PLEASANT HILL | | 6.61 | 1,175.21 |
| 03/18/2024 | MDC MARKET PLACE     NORTH EAST | | 74.87 | |
| 03/18/2024 | CHICK-FIL-A #01660   FREDERICKSBUR | | 69.93 | 1,030.41 |
| 03/19/2024 | ATM CASH WITHDRAWAL ON 03/19 | | 137.00 | |
| | EFT        196 3rd Ave # C  Paterson    NJ | | | |
| 03/19/2024 | NON-M&T ATM FEE ON 03/19 | | 3.00 | |
| | EFT        196 3rd Ave # C  Paterson    NJ | | | 890.41 |
| 03/20/2024 | DEPOSIT | $7,500.00 | | |
| 03/20/2024 | DUNKIN #352408      WAYNE | | 5.64 | |
| 03/20/2024 | DUNKIN #356466 Q35   RIVERDALE | | 5.52 | |
| 03/20/2024 | SHOPRITE WAYNE S1    WAYNE | | 72.04 | |
| 03/20/2024 | NAMS SUSHI CHITANAM CONORTH HALEDON | | 35.18 | 8,272.03 |
| 03/21/2024 | NEW YORK BAGEL CAFE  HALEDON | | 11.96 | |
| 03/21/2024 | VIETNAM PHO      WOODLAND PARK | | 62.00 | |
| 03/21/2024 | COUNTER WITHDRAWAL | | 800.00 | 7,398.07 |
| 03/22/2024 | DEPOSIT | 400.00 | | |
| 03/22/2024 | RENTALS UNLIMITED    POMPTON PLNS | | 24.74 | |
| 03/22/2024 | SUNRISE BAGELS CAFE & WAYNE | | 11.06 | 7,762.27 |
| 03/25/2024 | NEW YORK BAGEL CAFE  HALEDON | | 8.84 | |
| 03/25/2024 | M&T ATM CASH WITHDRAWAL ON 03/23 | | 350.00 | |
| | BERDAN AVE WU, 217 BERDAN AVE, WAYNE,NJ | | | 7,403.43 |
| 03/26/2024 | PURCHASE ON 03/25 | | 9.97 | |
| | QUICK CHEK #14442 POMPTON ROAD  WAYNE    NJ | | | |
| 03/26/2024 | Rockin Jump Wayne    Wayne | | 4.27 | 7,389.19 |
| 03/28/2024 | PURCHASE ON 03/28 | | 100.00 | |
| | CVS PHARMACY #00715--2440 HAMBURWAYNE    NJ | | | 7,289.19 |

PAGE 1 OF 4

# M&T Bank

FOR INQUIRIES CALL: (800) 724-2440

| ACCOUNT TYPE | |
|---|---|
| EZCHOICE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 2075 | MAR.15-APR.12,2024 |

ANTHONY V WOLKE
DEBTOR IN POSSESSION COURT CASE # 23-215

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 03/29/2024 | M&T ATM CASH DEPOSIT ON 03/29<br>BERDAN AVE WU, 217 BERDAN AVE, WAYNE,NJ | 1,400.00 | | |
| 03/29/2024 | M&T ATM CASH DEPOSIT ON 03/29<br>BERDAN AVE WU, 217 BERDAN AVE, WAYNE,NJ | 100.00 | | |
| 03/29/2024 | CVS PHARMACY #00715 WAYNE | | 11.49 | 8,777.70 |
| 04/01/2024 | SHOPRITE WAYNE S1 WAYNE | | 403.37 | |
| 04/01/2024 | Anthony Francos Pizza WAYNE | | 70.67 | |
| 04/01/2024 | SOUTH PLAINFIELD JUNIOS PLAINFIELD | | 7.28 | |
| 04/01/2024 | PHO TODAY S PLAINFIELD | | 119.48 | |
| 04/01/2024 | PIN FRESH GROCER HIGH NORTH HALEDON | | 93.52 | |
| 04/01/2024 | GRAND OPENING LIQUORS CEDAR GROVE | | 111.70 | |
| 04/01/2024 | JACKS SUPER FOODTOW WAYNE | | 6.98 | |
| 04/01/2024 | WALGREENS #19467 WAYNE | | 5.98 | |
| 04/01/2024 | WAWA 8487 WAYNE | | 2.02 | |
| 04/01/2024 | PURCHASE ON 03/31<br>Wal-Mart Super3443 WAL-SAMS RIVERDALE NJ | | 115.10 | 7,841.60 |
| 04/02/2024 | NEW YORK BAGEL CAFE HALEDON | | 3.64 | |
| 04/02/2024 | PACKANACK BAKERY WAYNE | | 54.60 | |
| 04/02/2024 | PIN FRESH GROCER HIGH NORTH HALEDON | | 32.08 | |
| 04/02/2024 | PURCHASE ON 04/01<br>SUNCREST FUEL 346 HIGH MOUTAIN RNORTH HALEDO NJ | | 4.92 | 7,746.36 |
| 04/03/2024 | NATHANS FAMOUS 3401461FORKED RIVER | | 10.75 | |
| 04/03/2024 | NEW YORK BAGEL CAFE HALEDON | | 17.16 | |
| 04/03/2024 | PIN FRESH GROCER HIGH NORTH HALEDON | | 16.40 | |
| 04/03/2024 | CARRINGTON MORTGAGE | | 7,203.42 | 498.63 |
| 04/04/2024 | H K STYLES LLC PEQUANNOCK | | 70.00 | |
| 04/04/2024 | FRESH GROCER HIGH MTN NORTH HALEDON | | 27.90 | |
| 04/04/2024 | PURCHASE ON 04/04<br>Clifton 1033 NPHR*NEWJERSEYUROLOCLIFTON NJ | | 50.00 | 350.73 |
| 04/05/2024 | DUNKIN #352408 WAYNE | | 3.29 | |
| 04/05/2024 | JERSEY MIKES 1116 NORTH HALEDON | | 6.31 | |
| 04/05/2024 | SUNCREST FUEL - SUNCRENORTH HALEDON | | 50.00 | |
| 04/05/2024 | M&T ATM CASH WITHDRAWAL ON 04/05<br>BERDAN AVE WU, 217 BERDAN AVE, WAYNE,NJ | | 200.00 | 91.13 |
| 04/08/2024 | STARBUCKS STORE 52732 WAYNE | | 3.89 | |
| 04/08/2024 | US GAS POMPTON PLAINS PEQUANNOCK TO | | 40.00 | 47.24 |
| 04/09/2024 | PURCHASE ON 04/08<br>QUICK CHEK #14442 POMPTON ROAD WAYNE NJ | | 5.61 | 41.63 |
| 04/10/2024 | DUNKIN #352408 WAYNE | | 5.85 | |
| 04/10/2024 | PURCHASE ON 04/09<br>QUICK CHEK #14442 POMPTON ROAD WAYNE NJ | | 5.61 | 30.17 |

# M&T Bank

FOR INQUIRIES CALL:    (800) 724-2440

| ACCOUNT TYPE | |
|---|---|
| EZCHOICE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 2075 | MAR.15-APR.12,2024 |

ANTHONY V WOLKE
DEBTOR IN POSSESSION COURT CASE # 23-215

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 04/11/2024 | DEPOSIT | 1,000.00 | | 1,030.17 |
| 04/12/2024 | NEW YORK BAGEL CAFE  HALEDON | | 11.96 | |
| 04/12/2024 | PURCHASE ON 04/12 | | 265.46 | |
| | AUTOZONE  64471836 NJ 23 NORTH  WAYNE       NJ | | | 752.75 |
| | ENDING BALANCE | | | $752.75 |

STANDARD FEES TO USE NON-M&T ELECTRONIC FACILITIES INCLUDE: (1)$3 PER ATM
WITHDRAWAL, CASH ADVANCE OR ELECTRONIC FUNDS TRANSFER (THE GREATER OF $5 OR 3%
OF THE U.S. DOLLAR AMOUNT OF THE TRANSACTION IF MADE OUTSIDE THE 50 UNITED
STATES & WASHINGTON DC) (2)$3 PER ATM BALANCE INQUIRY ($5 IF MADE OUTSIDE THE 50
UNITED STATES & WASHINGTON DC); AND (3)THE GREATER OF $0.50 OR 3% OF THE U.S.
DOLLAR AMOUNT OF VISA NETWORK POINT OF SALE TRANSACTIONS MADE IN FOREIGN
COUNTRIES. WITHDRAWALS WILL BE DEEMED MADE WHEN RECORDED ON M&T'S BOOKS, NOT
NECESSARILY WHEN INITIATED, AND THERE IS NO LIMIT ON THE NUMBER OF WITHDRAWALS.

## How To Balance Your M&T Bank Deposit Account

Follow these steps to bring your register balance into agreement with this statement.

| STEP 1: | Beginning with the first item on this statement place a checkmark (✔) beside each item that has a corresponding entry in your register. (Place the checkmark next to each item in your register and on this statement.) |

| STEP 2: | TO DETERMINE YOUR CURRENT BALANCE: |

ADD   to the balance shown in your register by writing in the amount of:
- (a) Any deposits and other additions shown on this statement which you have not already added; and
- (b) Any interest this statement shows as credited to your account, if it is an interest earning account.

SUBTRACT   to the balance shown in your register by writing in the amount of:
- (a) Any checks or other subtractions shown on this statement which you did not enter into your register; and
- (b) Any automatic payments or other electronic transfers shown on this statement which you have not already subtracted; and
- (c) Any service charges shown on this statement which you have not already subtracted.

**Complete STEPS 3 through 8 to determine the current balance in your account.**

| STEP 3: | List any outstanding checks (written but not yet paid by M&T Bank) and other subtractions not appearing on your statement in the spaces provided below. |

| CHECKS OUTSTANDING AND OTHER SUBTRACTIONS | |
|---|---|
| NUMBER | AMOUNT |
| | $ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL AMOUNT OF CHECKS OUTSTANDING AND OTHER SUBTRACTIONS | $ |

| STEP 4: | Enter on this line the Ending Balance shown on the front of this statement. | $ |
|---|---|---|
| STEP 5: | Enter the total of any deposits or other additions shown in your register which are not shown on this statement. | $ |
| STEP 6: | Add the amounts in STEPS 4 and 5, enter the total here. | $ |
| STEP 7: | Enter the total of "Checks Outstanding and Other Subtractions" (from STEP 3) here. | $ |
| STEP 8: | Subtract total of STEP 7 from STEP 6 and enter the difference here. *This amount should be your current account balance.* | $ |

HAVE YOU MOVED? If so, please contact the M&T Telephone Banking Center at (800) 724-2440 or contact your local branch of M&T Bank or write to:

M&T BANK
ATTN: M&T TELEPHONE BANKING CENTER
P.O. BOX 767
BUFFALO, NY 14240-0767

CALL (800) 724-2440 TO DETERMINE IF ANY SCHEDULED DIRECT DEPOSIT OR PREAUTHORIZED TRANSFER TO YOUR ACCOUNT HAS OCCURRED.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at (800) 724-2440 or write to us at:

M&T BANK
ATTN: M&T TELEPHONE BANKING CENTER
P.O. BOX 767
BUFFALO, NY 14240-0767

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
- (1) Tell us your name and account number (if any).
- (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
- (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

©2016 Manufacturers and Traders Trust Company



Member FDIC   L008A (11/16)