# scura

### SCURA • WIGFIELD • HEYER
### STEVENS • CAMMAROTA , LLP

www.scura.com
Tel: 973-696-8391
Fax: 973-696-8571

| | | |
|---|---|---|
| ▲■ John J. Scura III, Esq. | Jamal Romero, Esq. | Of Counsel |
| David C. Wigfield, Esq. | Timothy J. Bartzos, Esq. | ♦ Joseph A. Hallock, Esq. |
| ★♦ Christopher Heyer, Esq. | Paul S. Evangelista, Esq. | Randal C. Chiocca, P.J. Ch. (Ret.) |
| ★♦● David L. Stevens, Esq. | Aiden Murphy, Esq. | Thomas F. Brogan, P.J. Cv. (Ret.) |
| ● Pietro Cammarota, Esq. | Erich H. Kamm, Esq. | |
| ● Guillermo J. Gonzalez, Esq. | ● Eric R. Flaim, Esq. | |

■ Certified by the Supreme Court of New Jersey    ● Also admitted in New York    ▲ Also admitted in Pennsylvania    ♦ Also admitted in Florida
as a Civil Trial Attorney

★ Admitted to Bar of the United States Supreme Court

**<u>VIA Pacer Filing</u>**                                                                    May 28, 2024
The Honorable Stacey L. Meisel
United States Bankruptcy Court
District of New Jersey
50 Walnut Street, 3rd Floor
Newark, NJ 07102

                    RE:    In re Anthony Wolke
                           23-21502

Dear Judge Meisel:

This office represents the Debtor, Anthony Wolke (the "Debtor") in the above captioned case. I write this letter on behalf of the Debtor as to the status of the case and drafting of the Debtor's Chapter 11 Plan.

At this time, Debtor is current on all monthly operating reports. Debtor owns a chiropractic office, out of which he operates as a chiropractor. Debtor is in the process of hiring a nurse practitioner, from which he expects to make greater profits due to an increased billing capacity. Debtor also intends to pursue deficient accounts receivable to increase the funds available to the estate.

In March 2024, Debtor earned a total of $25,809 from his chiropractic practice. After all expenses, Debtor showed a profit of roughly $8,693.00.

In April 2024, Debtor earned a total of $17,000 from his chiropractic practice. After all expenses, Debtor showed -$1,996 of income. However, Debtor's first mortgage holder, Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust I (the

| Wayne | Secaucus | Hackensack | Newark* |
|---|---|---|---|
| 1599 Hamburg Tpke | 1 Harmon Meadow Blvd | 3 University Plaza | One Gateway Center |
| Wayne, NJ 07470 | Suite 201 | Suite 207 | Suite 2600 |
| *Mailing Address* | Secaucus, NJ 07094 | Hackensack, NJ 07601 | Newark, NJ 07102 |

*Meeting location - by appointment only.*



May 28, 2024

"Secured Creditor") withdrew funds from Debtor's bank account twice in April, both for $7,203.42.

Debtor makes substantial income, and is expecting to continue to increase that income in the near future. Debtor intends to use that income to fund his Chapter 11 Plan, but requires time to do so.

This firm is currently drafting Debtor's Chapter 11 Plan, but was awaiting the accountant's finalization of the monthly operating report for April to be able to better formulate what Debtor's monthly income will likely be. Debtor believes he will have an estimated $8,000 in disposable income per month with which to fund the plan, with increasing income each year as his practice grows.

Very Truly Yours,

Dated May 28, 2024                    /s/ David L. Stevens
                                      David L. Stevens, Esq.