Order Filed on June 6, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| In re:<br><br>Anthony Vincent Wolke<br><br>                Debtor. |

Case No.:	23-21502

Chapter:	11

Hearing Date:	7/9/2024 at 11:00 a.m.

Judge:	Stacey L. Meisel

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR DEBTOR'S FAILURE TO TIMELY FILE OR CONFIRM A PLAN

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 6, 2024**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Debtor having failed to timely file or confirm a plan and for the reasons set forth on the record on June 4, 2024; it is hereby:

**ORDERED** that the Debtor must appear before the Honorable Stacey L. Meisel on July 9, 2024, at 11:00 A.M. in Courtroom 3A, United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Newark, New Jersey, to show cause why this case should not be dismissed for cause under 11 U.S.C. § 1112(b)(1) and (b)(4)(J); and it is further

**ORDERED** that objections or responses to the Order to Show Cause shall be filed seven (7) days prior to the return date of the Order to Show Cause.