**Order Filed on June 6, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| In re: <br> Anthony Vincent Wolke <br>                       Debtor. |

Case No.:    23-21502

Chapter:    11

Hearing Date: 7/9/2024 at 11:00 a.m.

Judge:    Stacey L. Meisel

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR DEBTOR'S FAILURE TO TIMELY FILE OR CONFIRM A PLAN

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 6, 2024**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Debtor having failed to timely file or confirm a plan and for the reasons set forth on the record on June 4, 2024; it is hereby:

**ORDERED** that the Debtor must appear before the Honorable Stacey L. Meisel on July 9, 2024, at 11:00 A.M. in Courtroom 3A, United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Newark, New Jersey, to show cause why this case should not be dismissed for cause under 11 U.S.C. § 1112(b)(1) and (b)(4)(J); and it is further

**ORDERED** that objections or responses to the Order to Show Cause shall be filed seven (7) days prior to the return date of the Order to Show Cause.

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony Vincent Wolke  
    Debtor

Case No. 23-21502-SLM  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Jun 06, 2024     Form ID: pdf903     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol     Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Vincent Wolke, 73 Hubbardton Road, Wayne, NJ 07470-8203 |
| aty | + | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP., 1599 Hamburg Turnpike, Wayne, NJ 07470-4093 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2024 at the address(es) listed below:

**Name**     **Email Address**

David L. Stevens  
    on behalf of Debtor Anthony Vincent Wolke dstevens@scura.com  
    dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura

Denise E. Carlon  
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-IM1  
    dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Laura M. Egerman  
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-IM1  
    laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Matthew K. Fissel  
    on behalf of Creditor Wilmington Savings Fund Society  Fsb, As Trustee Ofwilmington Savings Fund Society, Fsb, As Trustee

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 06, 2024 | Form ID: pdf903 | Total Noticed: 2 |

    wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Michael A. Artis

    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6