UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| Anthony Vincent Wolke, | : | |
| | : | |
| | : | CASE NO.: 23-21502 (SLM) |
| Debtor. | : | |
| _____ | : | |

Ilissa C. Hook, Esq.
Norgaard, O'Boyle & Hannon
184 Grand Avenue
Englewood, NJ 07631

**NOTICE OF APPOINTMENT OF TRUSTEE**

     The United States Trustee appoints Ilissa C. Hook, Esq., to serve as the chapter 7 trustee of the above-captioned bankruptcy estate.

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 and 9


By: */s/ Martha R. Hildebrandt*
Martha R. Hildebrandt
Assistant United States Trustee


Dated: July 18, 2024