| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Anthony Vincent Wolke<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–1122 |
| | | EIN: | __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: | ____ |
| | | EIN: | __–_____ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 11   12/12/23 |
| Case number: | 23–21502–SLM | Date case converted to chapter: | 7   7/17/24 |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Anthony Vincent Wolke | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 73 Hubbardton Road<br>Wayne, NJ 07470 | |
| 4. | **Debtor's attorney**<br>Name and address | David L. Stevens<br>Scura, Wigfield, Heyer & Stevens<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470 | Contact phone 973–696–8391<br>Email: dstevens@scura.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Awaiting Trustee Assignment<br>NJ | Contact phone _____ |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | MLK Jr Federal Building<br>50 Walnut Street<br>Newark, NJ 07102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 973–645–4764<br><br>Date: 7/18/24 |
| **7.** **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **August 8, 2024 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 857 325 5473, Click on JOIN using passcode 6124890237, or call 1–862–356–8511**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 10/7/24** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                     page **2**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-21502-SLM
Anthony Vincent Wolke  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 4
Date Rcvd: Jul 18, 2024  Form ID: 309A  Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Vincent Wolke, 73 Hubbardton Road, Wayne, NJ 07470-8203 |
| aty | + | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP., 1599 Hamburg Turnpike, Wayne, NJ 07470-4093 |
| 520153347 | | Carrington Mortgage Services, LLC, BK Dept // 1600 South Douglass Road, Anaheim, CA 92806 |
| 520108946 | + | Chilton Medical Center, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 520108952 | ++ | LAKELAND BANK, 250 OAK RIDGE ROAD, OAK RIDGE NJ 07438-8998 address filed with court:, Lakeland Bank, 250 Oak Ridge Road, West Milford, NJ 07438 |
| 520108953 | | Mercedes-Benz Financial Services, Pob 3415, Portland, OR 97208 |
| 520108955 | + | North Jersey Podiatry, Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 520108956 | | Selportsvc, 3815 South West Temple St, Salt Lake City, UT 84115 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dstevens@scura.com | Jul 18 2024 20:53:00 | David L. Stevens, Scura, Wigfield, Heyer & Stevens, 1599 Hamburg Turnpike, Wayne, NJ 07470 |
| tr | | EDI: BICHOOK | Jul 19 2024 00:37:00 | Ilissa Churgin Hook, Norgaard, O'Boyle & Hannon, 184 Grand Avenue, Englewood, NJ 07631 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 18 2024 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 18 2024 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520108936 | + | EDI: GMACFS.COM | Jul 19 2024 00:37:00 | Ally, P O Box 380901, Bloomington, MN 55438-0901 |
| 520108937 | + | EDI: GMACFS.COM | Jul 19 2024 00:37:00 | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 520108938 | + | Email/PDF: bncnotices@becket-lee.com | Jul 18 2024 21:04:16 | American Express National Bank, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 520143405 | | Email/PDF: bncnotices@becket-lee.com | Jul 18 2024 21:16:19 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520108940 | | Email/Text: EBN@brockandscott.com | Jul 18 2024 20:53:00 | Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston Salem, NC 27103 |
| 520108939 | + | EDI: BANKAMER | Jul 19 2024 00:37:00 | Bank of America, 450 American St, Simi Valley, CA 93065-6285 |
| 520131626 | + | Email/Text: EBN@brockandscott.com | Jul 18 2024 20:53:00 | Brock and Scot, PLLC, 3825 Forrestgate Dr., Winston Salem, NC 27103-2930 |
| 520108942 | | Email/Text: BKBCNMAIL@carringtonms.com | Jul 18 2024 20:53:00 | Carrington Mortgage Se, 1600 South Douglass |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Road, Suite 200-A, Anaheim, CA 92806 |
| 520304368 | + | Email/Text: bankruptcy@certified-solutions.com | Jul 18 2024 20:54:00 | CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 520108941 | + | EDI: CAPITALONE.COM | Jul 19 2024 00:37:00 | Capital One, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 520108943 | + | EDI: PHINGENESIS | Jul 19 2024 00:37:00 | Cb Indigo/Cci, Po Box 4499, Beaverton, OR 97076-4499 |
| 520108944 | + | EDI: WFNNB.COM | Jul 19 2024 00:37:00 | Cb/Ptrybrn, Po Box 182789, Columbus, OH 43218-2789 |
| 520108947 | | EDI: DISCOVER | Jul 19 2024 00:37:00 | Discover Bank, Pob 15316, Wilmington, DE 19850 |
| 520108948 | + | EDI: IRS.COM | Jul 19 2024 00:37:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520108945 | | EDI: JPMORGANCHASE | Jul 19 2024 00:37:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 520108949 | | EDI: JPMORGANCHASE | Jul 19 2024 00:37:00 | JPMorgan Chase Bank, 800 Brooksedge Blvd, Westerville, OH 43081 |
| 520108950 | | EDI: JPMORGANCHASE | Jul 19 2024 00:37:00 | JPMorgan Chase Bank, 9451 Corbin Avenue, Northridge, CA 91328 |
| 520108951 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 18 2024 20:53:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520110688 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 21:16:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520108954 | + | EDI: NAVIENTFKASMSERV.COM | Jul 19 2024 00:37:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520129401 | + | EDI: NAVIENTFKASMSERV.COM | Jul 19 2024 00:37:00 | Navient Solutions, LLC., 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |
| 520142655 | | EDI: Q3G.COM | Jul 19 2024 00:37:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520187533 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 18 2024 20:53:00 | State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0245 |
| 520108957 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 18 2024 20:53:00 | Shellpoint Mortgage Servicing, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 520126569 | + | Email/Text: ecfbnc@aldridgepite.com | Jul 18 2024 20:54:00 | Shellpoint Mortgage Servicing, Aldridge Pite, LLP, Att: Todd S. Garan, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 520108958 | + | EDI: SYNC | Jul 19 2024 00:37:00 | Synchrony Bank/Pcri, Po Box 276 Mail Code Oh 3 4258, Dayton, OH 45401-0276 |
| 520108959 | + | EDI: WFFC | Jul 19 2024 00:37:00 | Wfhm, 4680 Hallmark Parkway, San Bernardino, CA 92407-1816 |
| 520108960 | + | Email/Text: bkfilings@zwickerpc.com | Jul 18 2024 20:55:00 | ZWICKER & ASSOCIATES PC, 1105 Laurel Oak Road, Suite 136, Voorhees, NJ 08043-4312 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | Awaiting Trustee Assignment |
| 520108975 | *+ | Ally, P O Box 380901, Bloomington, MN 55438-0901 |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 18, 2024 | Form ID: 309A | Total Noticed: 40 |

| | | |
|---|---|---|
| 520108976 | *+ | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 520108977 | *+ | American Express National Bank, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 520143411 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520108979 | *P++ | BROCK & SCOTT PLLC, 6701 CARMEL ROAD SUITE 315, CHARLOTTE NC 28226-4035, address filed with court:, Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston Salem, NC 27103 |
| 520108978 | *+ | Bank of America, 450 American St, Simi Valley, CA 93065-6285 |
| 520108981 | *P++ | CARRINGTON MORTGAGE SERVICE LLC, 1600 S DOUGLAS RD SUITE 110, ANAHEIM CA 92806-5951, address filed with court:, Carrington Mortgage Se, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806 |
| 520108980 | *+ | Capital One, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 520108982 | *+ | Cb Indigo/Cci, Po Box 4499, Beaverton, OR 97076-4499 |
| 520108983 | *+ | Cb/Ptrybrn, Po Box 182789, Columbus, OH 43218-2789 |
| 520108985 | *+ | Chilton Medical Center, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 520108986 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, Pob 15316, Wilmington, DE 19850 |
| 520108987 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520108984 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 520108988 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMorgan Chase Bank, 800 Brooksedge Blvd, Westerville, OH 43081 |
| 520108989 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMorgan Chase Bank, 9451 Corbin Avenue, Northridge, CA 91328 |
| 520108990 | *+ | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520108991 | *P++ | LAKELAND BANK, 250 OAK RIDGE ROAD, OAK RIDGE NJ 07438-8998, address filed with court:, Lakeland Bank, 250 Oak Ridge Road, West Milford, NJ 07438 |
| 520108992 | * | Mercedes-Benz Financial Services, Pob 3415, Portland, OR 97208 |
| 520108993 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520108994 | *+ | North Jersey Podiatry, Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 520108995 | * | Selportsvc, 3815 South West Temple St, Salt Lake City, UT 84115 |
| 520108996 | *+ | Shellpoint Mortgage Servicing, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 520108997 | *+ | Synchrony Bank/Pcri, Po Box 276 Mail Code Oh 3 4258, Dayton, OH 45401-0276 |
| 520108998 | *+ | Wfhm, 4680 Hallmark Parkway, San Bernardino, CA 92407-1816 |
| 520108999 | *+ | ZWICKER & ASSOCIATES PC, 1105 Laurel Oak Road, Suite 136, Voorhees, NJ 08043-4312 |

TOTAL: 1 Undeliverable, 26 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2024 at the address(es) listed below:**

**Name**   **Email Address**

David L. Stevens

on behalf of Debtor Anthony Vincent Wolke dstevens@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura

Denise E. Carlon

on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-IM1
dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Ilissa Churgin Hook

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 18, 2024 | Form ID: 309A | Total Noticed: 40 |

Trustee@norgaardfirm.com J116@ecfcbis.com

Laura M. Egerman

on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-IM1 laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Matthew K. Fissel

on behalf of Creditor Wilmington Savings Fund Society  Fsb, As Trustee Ofwilmington Savings Fund Society, Fsb, As Trustee wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Michael A. Artis

on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

United States Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8