| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>20-10212 BKMFR01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust I | <br>Order Filed on September 11, 2024<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ANTHONY VINCENT WOLKE | Case No: 23-21502-SLM<br><br>Hearing Date: ~~TBD~~<br><br>Judge: Stacey L. Meisel<br><br>Chapter: 7 |

Recommended Local Form:  ☐ Followed  ☒ Modified

## ORDER GRANTING *IN REM* RELIEF FROM STAY

___    The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 11, 2024**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust I ("Movant") under Bankruptcy Code section 362(d)(4) for *in rem* relief from the automatic stay and relief from co-debtor stay pursuant to Bankruptcy Code section 1301(c) as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that In Rem Relief from the Automatic Stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362(d)(4) and §1301 is GRANTED with respect to:

☒ Real Property more fully described as:

> 73 Hubbardton Road, Wayne, NJ 07470 (hereinafter the "Property" as more fully set forth in the legal description attached to the Mortgage of record granted against this Property)

As to allow the Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including (but not limited to) taking the property to Sheriff's sale, in addition to potentially pursuing a short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the Property at Sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property; and it is further;

ORDERED that co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, Jennifer Krumbine, to permit Movant to pursue its in-rem rights in the real property described above, and its in personam and in rem rights as to the co-debtor, Jennifer Krumbine.

ORDERED that if any future bankruptcy cases under any Chapter of the Bankruptcy Code are filed by this Debtor, Co-Debtor, or any other occupant or owner of the Property within two (2) years from the date of this Order, such a bankruptcy filing shall not trigger the Automatic Stay under 11 U.S.C. §362(a) as to the Property;

ORDERED that in accordance with §362(d)(4) that a certified copy of this Order may be indexed and/or recorded with any governmental unit that accepts notices of interests or liens in real property;

ORDERED that Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting In Rem Relief from the Automatic Stay and Co-Debtor Stay;

ORDERED that Federal Rule of Bankruptcy Procedure 3002.1 is no longer applicable to Movant, its successors or assignees;

ORDERED that the movant may join the debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code; and

ORDERED that the Movant shall serve this order on the Debtor, any Trustee and any other party who entered an appearance on the Motion.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

*rev. 11/14/2023*