| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>20-10212 BKMFR01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust I | Order Filed on September 11, 2024<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ANTHONY VINCENT WOLKE | Case No: 23-21502-SLM<br><br>Hearing Date: ~~TBD~~<br><br>Judge: Stacey L. Meisel<br><br>Chapter: 7 |

Recommended Local Form:   ☐ Followed   ☒ Modified

**ORDER GRANTING *IN REM* RELIEF FROM STAY**

___   The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 11, 2024**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust I ("Movant") under Bankruptcy Code section 362(d)(4) for *in rem* relief from the automatic stay and relief from co-debtor stay pursuant to Bankruptcy Code section 1301(c) as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that In Rem Relief from the Automatic Stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362(d)(4) and §1301 is GRANTED with respect to:

☒ Real Property more fully described as:

> 73 Hubbardton Road, Wayne, NJ 07470 (hereinafter the "Property" as more fully set forth in the legal description attached to the Mortgage of record granted against this Property)

As to allow the Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including (but not limited to) taking the property to Sheriff's sale, in addition to potentially pursuing a short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the Property at Sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property; and it is further;

ORDERED that co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, Jennifer Krumbine, to permit Movant to pursue its in-rem rights in the real property described above, and its in personam and in rem rights as to the co-debtor, Jennifer Krumbine.

ORDERED that if any future bankruptcy cases under any Chapter of the Bankruptcy Code are filed by this Debtor, Co-Debtor, or any other occupant or owner of the Property within two (2) years from the date of this Order, such a bankruptcy filing shall not trigger the Automatic Stay under 11 U.S.C. §362(a) as to the Property;

ORDERED that in accordance with §362(d)(4) that a certified copy of this Order may be indexed and/or recorded with any governmental unit that accepts notices of interests or liens in real property;

ORDERED that Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting In Rem Relief from the Automatic Stay and Co-Debtor Stay;

ORDERED that Federal Rule of Bankruptcy Procedure 3002.1 is no longer applicable to Movant, its successors or assignees;

ORDERED that the movant may join the debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code; and

ORDERED that the Movant shall serve this order on the Debtor, any Trustee and any other party who entered an appearance on the Motion.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

*rev. 11/14/2023*

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony Vincent Wolke  
    Debtor

Case No. 23-21502-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Sep 11, 2024     Form ID: pdf903     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Vincent Wolke, 73 Hubbardton Road, Wayne, NJ 07470-8203 |
| aty | + | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP., 1599 Hamburg Turnpike, Wayne, NJ 07470-4093 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2024 at the address(es) listed below:**

**Name**     **Email Address**

David L. Stevens  
    on behalf of Debtor Anthony Vincent Wolke dstevens@scura.com  
    dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;wjames@scura

Denise E. Carlon  
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-IM1  
    dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Ilissa Churgin Hook  
    Trustee@norgaardfirm.com J116@ecfcbis.com

Laura M. Egerman  
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-IM1

District/off: 0312-2 | User: admin | Page 2 of 2

Date Rcvd: Sep 11, 2024 | Form ID: pdf903 | Total Noticed: 2

   laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Matthew K. Fissel

   on behalf of Creditor Wilmington Savings Fund Society  Fsb, As Trustee Ofwilmington Savings Fund Society, Fsb, As Trustee wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Michael A. Artis

   on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Milica A. Fatovich

   on behalf of Trustee Ilissa Churgin Hook mfatovich@norgaardfirm.com
   mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com

U.S. Trustee

   USTPRegion03.NE.ECF@usdoj.gov

United States Trustee

   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9