Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  23−21502−SLM
                    Chapter:  7
                    Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony Vincent Wolke
   73 Hubbardton Road
   Wayne, NJ 07470

Social Security No.:
   xxx−xx−1122

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       10/15/24
Time:      02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens

COMMISSION OR FEES
$33,586.00

EXPENSES
$3,141.98

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured
             creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured
             creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 17, 2024
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony Vincent Wolke  
    Debtor

Case No. 23-21502-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Sep 17, 2024      Form ID: 137      Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Vincent Wolke, 73 Hubbardton Road, Wayne, NJ 07470-8203 |
| aty | + | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP., 1599 Hamburg Turnpike, Wayne, NJ 07470-4093 |
| acc | + | Nicholas Lucarella, 195 US Highway 46 West, Suite 11, Totowa, NJ 07512-1833 |
| 520153347 | | Carrington Mortgage Services, LLC, BK Dept // 1600 South Douglass Road, Anaheim, CA 92806 |
| 520108946 | + | Chilton Medical Center, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 520108952 | ++ | LAKELAND BANK, 250 OAK RIDGE ROAD, OAK RIDGE NJ 07438-8998 address filed with court:, Lakeland Bank, 250 Oak Ridge Road, West Milford, NJ 07438 |
| 520108953 | | Mercedes-Benz Financial Services, Pob 3415, Portland, OR 97208 |
| 520108955 | + | North Jersey Podiatry, Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 520108956 | | Selportsvc, 3815 South West Temple St, Salt Lake City, UT 84115 |
| 520108959 | + | Wfhm, 4680 Hallmark Parkway, San Bernardino, CA 92407-1816 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Sep 17 2024 20:30:28 | Norgaard O'Boyle & Hannon, Norgaard O'Boyle & Hannon, 184 Grand Avenue, Englewood, NJ 07631-3578 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 17 2024 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 17 2024 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Sep 17 2024 20:33:00 | Wilmington Savings Fund Society, Fsb, As Trustee O, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806 |
| 520108936 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 17 2024 20:33:00 | Ally, P O Box 380901, Bloomington, MN 55438-0901 |
| 520108937 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 17 2024 20:33:00 | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 520108938 | + | Email/PDF: bncnotices@becket-lee.com | Sep 17 2024 20:38:34 | American Express National Bank, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 520143405 | | Email/PDF: bncnotices@becket-lee.com | Sep 17 2024 20:38:15 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520108940 | | Email/Text: EBN@brockandscott.com | Sep 17 2024 20:33:00 | Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston Salem, NC 27103 |
| 520108939 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 17 2024 20:32:00 | Bank of America, 450 American St, Simi Valley, CA 93065-6285 |
| 520131626 | + | Email/Text: EBN@brockandscott.com | | |

Case 23-21502-SLM    Doc 67    Filed 09/19/24    Entered 09/20/24 00:15:57    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 17, 2024 | Form ID: 137 | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 17 2024 20:33:00 | Brock and Scot, PLLC, 3825 Forrestgate Dr., Winston Salem, NC 27103-2930 |
| 520108942 | | Email/Text: BKBCNMAIL@carringtonms.com | Sep 17 2024 20:33:00 | Carrington Mortgage Se, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806 |
| 520304368 | + | Email/Text: bankruptcy@certified-solutions.com | Sep 17 2024 20:34:00 | CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 520108941 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 17 2024 20:37:53 | Capital One, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 520108943 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 17 2024 20:35:00 | Cb Indigo/Cci, Po Box 4499, Beaverton, OR 97076-4499 |
| 520108944 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 17 2024 20:34:00 | Cb/Ptrybrn, Po Box 182789, Columbus, OH 43218-2789 |
| 520108947 | | Email/Text: mrdiscen@discover.com | Sep 17 2024 20:33:00 | Discover Bank, Pob 15316, Wilmington, DE 19850 |
| 520108948 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 17 2024 20:34:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520108945 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 17 2024 20:38:10 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 520108949 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 17 2024 20:38:16 | JPMorgan Chase Bank, 800 Brooksedge Blvd, Westerville, OH 43081 |
| 520108950 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 17 2024 20:38:11 | JPMorgan Chase Bank, 9451 Corbin Avenue, Northridge, CA 91328 |
| 520108951 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 17 2024 20:33:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520110688 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2024 20:38:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520108954 | + | Email/PDF: pa_dc_claims@navient.com | Sep 17 2024 20:38:02 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520129401 | + | Email/PDF: pa_dc_claims@navient.com | Sep 17 2024 20:38:18 | Navient Solutions, LLC., 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |
| 520142655 | | Email/Text: bnc-quantum@quantum3group.com | Sep 17 2024 20:34:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520187533 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 17 2024 20:33:00 | State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0245 |
| 520108957 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 17 2024 20:33:00 | Shellpoint Mortgage Servicing, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 520126569 | + | Email/Text: ecfbnc@aldridgepite.com | Sep 17 2024 20:34:00 | Shellpoint Mortgage Servicing, Aldridge Pite, LLP, Att: Todd S. Garan, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 520108958 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 17 2024 20:37:59 | Synchrony Bank/Pcri, Po Box 276 Mail Code Oh 3 4258, Dayton, OH 45401-0276 |
| 520108960 | + | Email/Text: bkfilings@zwickerpc.com | Sep 17 2024 20:35:00 | ZWICKER & ASSOCIATES PC, 1105 Laurel Oak Road, Suite 136, Voorhees, NJ 08043-4312 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520108975 | *+ | Ally, P O Box 380901, Bloomington, MN 55438-0901 |
| 520108976 | *+ | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Sep 17, 2024 | Form ID: 137 | Total Noticed: 41 |

| | | |
|---|---|---|
| 520108977 | *+ | American Express National Bank, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 520143411 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520108979 | *P++ | BROCK & SCOTT PLLC, 6701 CARMEL ROAD SUITE 315, CHARLOTTE NC 28226-4035, address filed with court:, Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston Salem, NC 27103 |
| 520108978 | *+ | Bank of America, 450 American St, Simi Valley, CA 93065-6285 |
| 520108981 | *P++ | CARRINGTON MORTGAGE SERVICE LLC, 1600 S DOUGLAS RD SUITE 110, ANAHEIM CA 92806-5951, address filed with court:, Carrington Mortgage Se, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806 |
| 520108980 | *+ | Capital One, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 520108982 | *+ | Cb Indigo/Cci, Po Box 4499, Beaverton, OR 97076-4499 |
| 520108983 | *+ | Cb/Ptrybrn, Po Box 182789, Columbus, OH 43218-2789 |
| 520108985 | *+ | Chilton Medical Center, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 520108986 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, Pob 15316, Wilmington, DE 19850 |
| 520108987 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520108984 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 520108988 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMorgan Chase Bank, 800 Brooksedge Blvd, Westerville, OH 43081 |
| 520108989 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMorgan Chase Bank, 9451 Corbin Avenue, Northridge, CA 91328 |
| 520108990 | *+ | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520108991 | *P++ | LAKELAND BANK, 250 OAK RIDGE ROAD, OAK RIDGE NJ 07438-8998, address filed with court:, Lakeland Bank, 250 Oak Ridge Road, West Milford, NJ 07438 |
| 520108992 | * | Mercedes-Benz Financial Services, Pob 3415, Portland, OR 97208 |
| 520108993 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520108994 | *+ | North Jersey Podiatry, Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 520108995 | * | Selportsvc, 3815 South West Temple St, Salt Lake City, UT 84115 |
| 520108996 | *+ | Shellpoint Mortgage Servicing, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 520108997 | *+ | Synchrony Bank/Pcri, Po Box 276 Mail Code Oh 3 4258, Dayton, OH 45401-0276 |
| 520108998 | *+ | Wfhm, 4680 Hallmark Parkway, San Bernardino, CA 92407-1816 |
| 520108999 | *+ | ZWICKER & ASSOCIATES PC, 1105 Laurel Oak Road, Suite 136, Voorhees, NJ 08043-4312 |

TOTAL: 0 Undeliverable, 26 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2024           Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2024 at the address(es) listed below:**

**Name**  **Email Address**

David L. Stevens

on behalf of Debtor Anthony Vincent Wolke dstevens@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;wjames@scura

Denise E. Carlon

on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-IM1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Ilissa Churgin Hook

Trustee@norgaardfirm.com J116@ecfcbis.com

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 17, 2024 | Form ID: 137 | Total Noticed: 41 |

Laura M. Egerman
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-IM1 laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Matthew K. Fissel
    on behalf of Creditor Wilmington Savings Fund Society Fsb, As Trustee Ofwilmington Savings Fund Society, Fsb, As Trustee wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Milica A. Fatovich
    on behalf of Trustee Ilissa Churgin Hook mfatovich@norgaardfirm.com mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9