

# BROCK & SCOTT PLLC

**Consumer Hotline**
844-856-6646

3825 Forrestgate Drive, Winston Salem, NC 27103
ConsumerContact@brockandscott.com
www.brockandscott.com

FILED
JEANNE A. NAUGHTON, CLERK
OCT 16 2024
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

October 7, 2024

U.S. Bankruptcy Court
New Jersey- Newark
50 Walnut Street
Newark, NJ 07102

Re:       ANTHONY VINCENT WOLKE
Bankruptcy Case No.:   23-21502
Property Address:      73 HUBBARDTON ROAD, Wayne, NJ 07470
Creditor:              WILMINGTON SAVINGS FUND SOCIETY, FSB, AS
                       TRUSTEE OF STANWICH MORTGAGE LOAN
                       TRUST I

Clerk of the Court:

Please provide a certified copy of the enclosed ORDER GRANTING IN REM RELIEF FROM STAY DE [64] for the above matter. Enclosed is a check in the required amount of $12.00 for this service. Additionally, enclosed is a stamped return envelope.

Respectfully,

BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (954) 618-6955
Facsimile: (704) 369-0760
NJBKR@brockandscott.com

*[Handwritten annotations:]*
1 Certification  $11.00
2 Copies          $1.00
                 $12.00

Done
10/16/24
MC

B&S File No.:  20-10212 BKAOD01



**BROCK & SCOTT PLLC**
6701 CARMEL ROAD
SUITE 315
CHARLOTTE, NC 28226

XRAYED

U.S. Bankruptcy Court
New Jersey - Newark
50 Walnut Street
Newark, NJ 07102

CHARLOTTE NC 280
9 OCT 2024
FIRST-CLASS
ZIP 28226
02 7H
0006198938
$000.970
OCT 08 2024

FILED
JEANNE A. NAUGHTON, CLERK
OCT 16 2024
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

07102-becoes