UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, New Jersey 07470
Tel: 973-696-8391
David L. Stevens, Esq.

Order Filed on October 23, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Anthony Vincent Wolke,

                Debtor.

Case No.: 23-21502

Hearing Date: 10/15/2024 at 2:30 PM

Judge: SLM

Chapter: 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 23, 2024**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Scura, Wigfield, Heyer Stevens, & Cammarota, LLP. | $29,913.20 | $3,141.98 |

* Total allowed compensation is $33,055.18.  After adjusting for retainer paid, balance of $18,055.18 is an allowed administrative claim.

*rev.8/1/15*