Certificate Number: 12433-NJ-DE-039415451

Bankruptcy Case Number: 23-21502



12433-NJ-DE-039415451

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 7, 2025, at 9:11 o'clock AM EST, Anthony Vincent Wolke completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: March 7, 2025              By:    /s/Lisa Susoev

                                 Name:  Lisa Susoev

                                 Title: Teacher