**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

## NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable Stacey L. Meisel , U.S. Bankruptcy Judge

| CASE NUMBER: 23−21502−SLM | DATE FILED:: 12/12/23 |
|---|---|
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):** Anthony Vincent Wolke<br>xxx−xx−1122 | **ADDRESS OF DEBTOR(S):**<br><br>73 Hubbardton Road<br>Wayne, NJ 07470 |
| DEBTOR'S ATTORNEY:<br>David L. Stevens<br>Scura, Wigfield, Heyer & Stevens<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470<br><br>973−696−8391 | TRUSTEE:<br>Ilissa Churgin Hook<br>Norgaard, O'Boyle & Hannon<br>184 Grand Avenue<br>Englewood, NJ 07631<br>201−871−1333 |

    It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

    It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

7/18/25

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: April 21, 2025                    FOR THE COURT
                                                         Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                                              Case No. 23-21502-SLM
Anthony Vincent Wolke                                                                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                          Page 1 of 4
Date Rcvd: Apr 21, 2025                 Form ID: noa                    Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Vincent Wolke, 73 Hubbardton Road, Wayne, NJ 07470-8203 |
| aty | + | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP., 1599 Hamburg Turnpike, Wayne, NJ 07470-4093 |
| acc | + | Nicholas Lucarella, 195 US Highway 46 West, Suite 11, Totowa, NJ 07512-1833 |
| 520153347 | | Carrington Mortgage Services, LLC, BK Dept // 1600 South Douglass Road, Anaheim, CA 92806 |
| 520108946 | + | Chilton Medical Center, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 520108952 | ++ | LAKELAND BANK, 250 OAK RIDGE ROAD, OAK RIDGE NJ 07438-8998 address filed with court:, Lakeland Bank, 250 Oak Ridge Road, West Milford, NJ 07438 |
| 520108953 | | Mercedes-Benz Financial Services, Pob 3415, Portland, OR 97208 |
| 520108955 | + | North Jersey Podiatry, Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 520108956 | | Selportsvc, 3815 South West Temple St, Salt Lake City, UT 84115 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Apr 21 2025 21:25:51 | Norgaard O'Boyle & Hannon, Norgaard O'Boyle & Hannon, 184 Grand Avenue, Englewood, NJ 07631-3578 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 21 2025 21:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 21 2025 21:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Apr 21 2025 21:28:00 | Wilmington Savings Fund Society, Fsb, As Trustee O, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806 |
| 520108936 | + | EDI: GMACFS.COM | Apr 22 2025 00:59:00 | Ally, P O Box 380901, Bloomington, MN 55438-0901 |
| 520108937 | + | EDI: GMACFS.COM | Apr 22 2025 00:59:00 | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 520108938 | + | Email/PDF: bncnotices@becket-lee.com | Apr 21 2025 21:42:34 | American Express National Bank, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 520143405 | | Email/PDF: bncnotices@becket-lee.com | Apr 21 2025 21:42:46 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520108940 | | Email/Text: EBN@brockandscott.com | Apr 21 2025 21:28:00 | Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston Salem, NC 27103 |
| 520108939 | + | EDI: BANKAMER | Apr 22 2025 00:59:00 | Bank of America, 450 American St, Simi Valley, CA 93065-6285 |
| 520131626 | + | Email/Text: EBN@brockandscott.com | Apr 21 2025 21:28:00 | Brock and Scot, PLLC, 3825 Forrestgate Dr., |

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 21, 2025 | Form ID: noa | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Winston Salem, NC 27103-2930 |
| 520108942 | | Email/Text: BKBCNMAIL@carringtonms.com | Apr 21 2025 21:28:00 | Carrington Mortgage Se, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806 |
| 520304368 | + | Email/Text: bankruptcy@certified-solutions.com | Apr 21 2025 21:29:00 | CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 520108941 | + | EDI: CAPITALONE.COM | Apr 22 2025 00:59:00 | Capital One, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 520108943 | + | EDI: PHINGENESIS | Apr 22 2025 00:59:00 | Cb Indigo/Cci, Po Box 4499, Beaverton, OR 97076-4499 |
| 520108944 | + | EDI: WFNNB.COM | Apr 22 2025 00:59:00 | Cb/Ptrybrn, Po Box 182789, Columbus, OH 43218-2789 |
| 520108945 | + | EDI: JPMORGANCHASE | Apr 22 2025 00:59:00 | Chase Card, Po Box 15298, Wilmington, DE 19850-5298 |
| 520108947 | | EDI: DISCOVER | Apr 22 2025 00:59:00 | Discover Bank, Pob 15316, Wilmington, DE 19850 |
| 520108948 | + | EDI: IRS.COM | Apr 22 2025 00:59:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520108950 | + | EDI: JPMORGANCHASE | Apr 22 2025 00:59:00 | JPMorgan Chase Bank, 9451 Corbin Avenue, Northridge, CA 91324-1665 |
| 520108949 | + | EDI: JPMORGANCHASE | Apr 22 2025 00:59:00 | JPMorgan Chase Bank, 800 Brooksedge Blvd, Westerville, OH 43081-2822 |
| 520108951 | + | EDI: CAPITALONE.COM | Apr 22 2025 00:59:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520110688 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2025 21:32:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520108954 | + | Email/PDF: bankruptcy_prod@navient.com | Apr 21 2025 21:32:12 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520129401 | + | Email/PDF: bankruptcy_prod@navient.com | Apr 21 2025 21:32:15 | Navient Solutions, LLC., 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |
| 520142655 | | EDI: Q3G.COM | Apr 22 2025 00:59:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520187533 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 21 2025 21:28:00 | State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0245 |
| 520108957 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 21 2025 21:28:00 | Shellpoint Mortgage Servicing, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 520126569 | + | Email/Text: ecfbnc@aldridgepite.com | Apr 21 2025 21:29:00 | Shellpoint Mortgage Servicing, Aldridge Pite, LLP, Att: Todd S. Garan, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 520108958 | + | EDI: SYNC | Apr 22 2025 00:59:00 | Synchrony Bank/Pcri, Po Box 276 Mail Code Oh 3 4258, Dayton, OH 45401-0276 |
| 520108959 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Apr 21 2025 21:42:47 | Wfhm, 4680 Hallmark Parkway, San Bernardino, CA 92407-1816 |
| 520108960 | + | Email/Text: bkfilings@zwickerpc.com | Apr 21 2025 21:30:00 | ZWICKER & ASSOCIATES PC, 1105 Laurel Oak Road, Suite 136, Voorhees, NJ 08043-4312 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID        Bypass Reason    Name and Address**

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 21, 2025 | Form ID: noa | Total Noticed: 41 |

| | | |
|---|---|---|
| intp | | Brock & Scott, PLLC |
| 520108975 | *+ | Ally, P O Box 380901, Bloomington, MN 55438-0901 |
| 520108976 | *+ | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 520108977 | *+ | American Express National Bank, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 520143411 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520108979 | *P++ | BROCK & SCOTT PLLC, 6701 CARMEL ROAD SUITE 315, CHARLOTTE NC 28226-4035, address filed with court:, Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston Salem, NC 27103 |
| 520108978 | *+ | Bank of America, 450 American St, Simi Valley, CA 93065-6285 |
| 520108981 | *P++ | CARRINGTON MORTGAGE SERVICE LLC, 1600 S DOUGLAS RD SUITE 110, ANAHEIM CA 92806-5951, address filed with court:, Carrington Mortgage Se, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806 |
| 520108980 | *+ | Capital One, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 520108982 | *+ | Cb Indigo/Cci, Po Box 4499, Beaverton, OR 97076-4499 |
| 520108983 | *+ | Cb/Ptrybrn, Po Box 182789, Columbus, OH 43218-2789 |
| 520108984 | *+ | Chase Card, Po Box 15298, Wilmington, DE 19850-5298 |
| 520108985 | *+ | Chilton Medical Center, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 520108986 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, Pob 15316, Wilmington, DE 19850 |
| 520108987 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520108989 | *+ | JPMorgan Chase Bank, 9451 Corbin Avenue, Northridge, CA 91324-1665 |
| 520108988 | *+ | JPMorgan Chase Bank, 800 Brooksedge Blvd, Westerville, OH 43081-2822 |
| 520108990 | *+ | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520108991 | *P++ | LAKELAND BANK, 250 OAK RIDGE ROAD, OAK RIDGE NJ 07438-8998, address filed with court:, Lakeland Bank, 250 Oak Ridge Road, West Milford, NJ 07438 |
| 520108992 | * | Mercedes-Benz Financial Services, Pob 3415, Portland, OR 97208 |
| 520108993 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520108994 | *+ | North Jersey Podiatry, Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 520108995 | * | Selportsvc, 3815 South West Temple St, Salt Lake City, UT 84115 |
| 520108996 | *+ | Shellpoint Mortgage Servicing, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 520108997 | *+ | Synchrony Bank/Pcri, Po Box 276 Mail Code Oh 3 4258, Dayton, OH 45401-0276 |
| 520108998 | *+ | Wfhm, 4680 Hallmark Parkway, San Bernardino, CA 92407-1816 |
| 520108999 | *+ | ZWICKER & ASSOCIATES PC, 1105 Laurel Oak Road, Suite 136, Voorhees, NJ 08043-4312 |

TOTAL: 1 Undeliverable, 26 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2025 at the address(es) listed below:**

**Name**             **Email Address**

David L. Stevens
   on behalf of Debtor Anthony Vincent Wolke dstevens@scura.com
   dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com

Denise E. Carlon
   on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-IM1
   dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Ilissa Churgin Hook
   Trustee@norgaardfirm.com J116@ecfcbis.com

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 21, 2025 | Form ID: noa | Total Noticed: 41 |

Laura M. Egerman
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-IM1 laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Matthew K. Fissel
    on behalf of Creditor Wilmington Savings Fund Society  Fsb, As Trustee Ofwilmington Savings Fund Society, Fsb, As Trustee wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Milica A. Fatovich
    on behalf of Trustee Ilissa Churgin Hook mfatovich@norgaardfirm.com mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9