UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:　　　　　　　　　　　　　　　　　　　Case No.:　  23-21502-SLM
　Anthony Vincent Wolke,　　　　　　　　　　Chapter:　　　　　7
　　　　　　　　　Debtor.　　　　　　　　　　Judge:　　　　Meisel

**NOTICE OF PROPOSED ABANDONMENT**

　　　Ilissa Churgin Hook　　, 　Chapter 7 Trustee　 in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable 　Stacey L. Meisel　 on 　May 20, 2025　 at 　10:00　 a.m. at the United States Bankruptcy Court, Courtroom no. 　3A　. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Debtor's 1/2 interest in Real Property located at<br>73 Hubbardton Road, Wayne, New Jersey<br>Approximate Fair Market Value of Property = $1,055,000.00<br>Less 10% estimated costs of Sale = $949,500.00 |
|---|---|

| Liens on property: | Mortgage - $1,144,421.00 |
|---|---|

| Amount of equity claimed as exempt: | $27,900.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:　　Ilissa Churgin Hook, Chapter 7 Trustee
Address:　184 Grand Avenue, Englewood, NJ 07631
Telephone No.:　(201) 871-1333

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Anthony Vincent Wolke  
    Debtor

Case No. 23-21502-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Apr 21, 2025      Form ID: pdf905      Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Vincent Wolke, 73 Hubbardton Road, Wayne, NJ 07470-8203 |
| aty | + | Scura, Wigfield, Heyer, Stevens & Cammarota, LLP., 1599 Hamburg Turnpike, Wayne, NJ 07470-4093 |
| acc | + | Nicholas Lucarella, 195 US Highway 46 West, Suite 11, Totowa, NJ 07512-1833 |
| 520153347 | | Carrington Mortgage Services, LLC, BK Dept // 1600 South Douglass Road, Anaheim, CA 92806 |
| 520108946 | + | Chilton Medical Center, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 520108952 | ++ | LAKELAND BANK, 250 OAK RIDGE ROAD, OAK RIDGE NJ 07438-8998 address filed with court:, Lakeland Bank, 250 Oak Ridge Road, West Milford, NJ 07438 |
| 520108953 | | Mercedes-Benz Financial Services, Pob 3415, Portland, OR 97208 |
| 520108955 | + | North Jersey Podiatry, Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 520108956 | | Selportsvc, 3815 South West Temple St, Salt Lake City, UT 84115 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Apr 21 2025 21:25:52 | Norgaard O'Boyle & Hannon, Norgaard O'Boyle & Hannon, 184 Grand Avenue, Englewood, NJ 07631-3578 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 21 2025 21:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 21 2025 21:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Apr 21 2025 21:28:00 | Wilmington Savings Fund Society, Fsb, As Trustee O, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806 |
| 520108936 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 21 2025 21:28:00 | Ally, P O Box 380901, Bloomington, MN 55438-0901 |
| 520108937 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 21 2025 21:28:00 | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 520108938 | + | Email/PDF: bncnotices@becket-lee.com | Apr 21 2025 21:42:37 | American Express National Bank, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 520143405 | | Email/PDF: bncnotices@becket-lee.com | Apr 21 2025 21:31:44 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520108940 | | Email/Text: EBN@brockandscott.com | Apr 21 2025 21:28:00 | Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston Salem, NC 27103 |
| 520108939 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 21 2025 21:28:00 | Bank of America, 450 American St, Simi Valley, CA 93065-6285 |
| 520131626 | + | Email/Text: EBN@brockandscott.com | Apr 21 2025 21:28:00 | Brock and Scot, PLLC, 3825 Forrestgate Dr., |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Winston Salem, NC 27103-2930 |
| 520108942 | | Email/Text: BKBCNMAIL@carringtonms.com | Apr 21 2025 21:28:00 | Carrington Mortgage Se, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806 |
| 520304368 | + | Email/Text: bankruptcy@certified-solutions.com | Apr 21 2025 21:29:00 | CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 520108941 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 21 2025 21:31:34 | Capital One, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 520108943 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 21 2025 21:30:00 | Cb Indigo/Cci, Po Box 4499, Beaverton, OR 97076-4499 |
| 520108944 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 21 2025 21:29:00 | Cb/Ptrybrn, Po Box 182789, Columbus, OH 43218-2789 |
| 520108945 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 21 2025 21:42:34 | Chase Card, Po Box 15298, Wilmington, DE 19850-5298 |
| 520108947 | | Email/Text: mrdiscen@discover.com | Apr 21 2025 21:28:00 | Discover Bank, Pob 15316, Wilmington, DE 19850 |
| 520108948 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 21 2025 21:29:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520108950 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 21 2025 21:42:37 | JPMorgan Chase Bank, 9451 Corbin Avenue, Northridge, CA 91324-1665 |
| 520108949 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 21 2025 21:42:42 | JPMorgan Chase Bank, 800 Brooksedge Blvd, Westerville, OH 43081-2822 |
| 520108951 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 21 2025 21:42:45 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520110688 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2025 21:30:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520108954 | + | Email/PDF: bankruptcy_prod@navient.com | Apr 21 2025 21:32:17 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520129401 | + | Email/PDF: bankruptcy_prod@navient.com | Apr 21 2025 21:42:36 | Navient Solutions, LLC., 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |
| 520142655 | | Email/Text: bnc-quantum@quantum3group.com | Apr 21 2025 21:29:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520187533 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 21 2025 21:28:00 | State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0245 |
| 520108957 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 21 2025 21:28:00 | Shellpoint Mortgage Servicing, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 520126569 | + | Email/Text: ecfbnc@aldridgepite.com | Apr 21 2025 21:29:00 | Shellpoint Mortgage Servicing, Aldridge Pite, LLP, Att: Todd S. Garan, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 520108958 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 21 2025 21:30:56 | Synchrony Bank/Pcri, Po Box 276 Mail Code Oh 3 4258, Dayton, OH 45401-0276 |
| 520108959 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Apr 21 2025 21:42:37 | Wfhm, 4680 Hallmark Parkway, San Bernardino, CA 92407-1816 |
| 520108960 | + | Email/Text: bkfilings@zwickerpc.com | Apr 21 2025 21:30:00 | ZWICKER & ASSOCIATES PC, 1105 Laurel Oak Road, Suite 136, Voorhees, NJ 08043-4312 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID     Bypass Reason   Name and Address**

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 21, 2025 | Form ID: pdf905 | Total Noticed: 41 |

| | | |
|---|---|---|
| intp | | Brock & Scott, PLLC |
| 520108975 | *+ | Ally, P O Box 380901, Bloomington, MN 55438-0901 |
| 520108976 | *+ | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 520108977 | *+ | American Express National Bank, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 520143411 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520108979 | *P++ | BROCK & SCOTT PLLC, 6701 CARMEL ROAD SUITE 315, CHARLOTTE NC 28226-4035, address filed with court:, Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston Salem, NC 27103 |
| 520108978 | *+ | Bank of America, 450 American St, Simi Valley, CA 93065-6285 |
| 520108981 | *P++ | CARRINGTON MORTGAGE SERVICE LLC, 1600 S DOUGLAS RD SUITE 110, ANAHEIM CA 92806-5951, address filed with court:, Carrington Mortgage Se, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806 |
| 520108980 | *+ | Capital One, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 520108982 | *+ | Cb Indigo/Cci, Po Box 4499, Beaverton, OR 97076-4499 |
| 520108983 | *+ | Cb/Ptrybrn, Po Box 182789, Columbus, OH 43218-2789 |
| 520108984 | *+ | Chase Card, Po Box 15298, Wilmington, DE 19850-5298 |
| 520108985 | *+ | Chilton Medical Center, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 520108986 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, Pob 15316, Wilmington, DE 19850 |
| 520108987 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520108989 | *+ | JPMorgan Chase Bank, 9451 Corbin Avenue, Northridge, CA 91324-1665 |
| 520108988 | *+ | JPMorgan Chase Bank, 800 Brooksedge Blvd, Westerville, OH 43081-2822 |
| 520108990 | *+ | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520108991 | *P++ | LAKELAND BANK, 250 OAK RIDGE ROAD, OAK RIDGE NJ 07438-8998, address filed with court:, Lakeland Bank, 250 Oak Ridge Road, West Milford, NJ 07438 |
| 520108992 | * | Mercedes-Benz Financial Services, Pob 3415, Portland, OR 97208 |
| 520108993 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520108994 | *+ | North Jersey Podiatry, Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 520108995 | * | Selportsvc, 3815 South West Temple St, Salt Lake City, UT 84115 |
| 520108996 | *+ | Shellpoint Mortgage Servicing, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 520108997 | *+ | Synchrony Bank/Pcri, Po Box 276 Mail Code Oh 3 4258, Dayton, OH 45401-0276 |
| 520108998 | *+ | Wfhm, 4680 Hallmark Parkway, San Bernardino, CA 92407-1816 |
| 520108999 | *+ | ZWICKER & ASSOCIATES PC, 1105 Laurel Oak Road, Suite 136, Voorhees, NJ 08043-4312 |

TOTAL: 1 Undeliverable, 26 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2025 at the address(es) listed below:**

**Name**          **Email Address**

David L. Stevens
            on behalf of Debtor Anthony Vincent Wolke dstevens@scura.com
            dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com

Denise E. Carlon
            on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-IM1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Ilissa Churgin Hook
            Trustee@norgaardfirm.com J116@ecfcbis.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 21, 2025 | Form ID: pdf905 | Total Noticed: 41 |

Laura M. Egerman
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-IM1 laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Matthew K. Fissel
    on behalf of Creditor Wilmington Savings Fund Society  Fsb, As Trustee Ofwilmington Savings Fund Society, Fsb, As Trustee wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Milica A. Fatovich
    on behalf of Trustee Ilissa Churgin Hook mfatovich@norgaardfirm.com mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9