Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  23−21502−SLM
                    Chapter:  7
                    Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony Vincent Wolke
   73 Hubbardton Road
   Wayne, NJ 07470

Social Security No.:
   xxx−xx−1122

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Michele Cummings , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

Debtor's 50% interest in real property located at 73 Hubbardton Road, Wayne, New Jersey

Dated: May 14, 2025
JAN: mlc

                                              Jeanne Naughton
                                              Clerk